# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Case No. **BKY 04-41269**

### MICHAEL J LINDELL

### KAREN A LINDELL

Debtor(s)

Chapter 7 Case

## ORDER DEFERRING DISCHARGE
## AND FOR DEBTORS TO APPEAR AT CREDITORS MEETING

Pursuant to Local Rule 2003-1, the trustee has filed a verified statement that the meeting of creditors in this case was not concluded on the date scheduled.

IT IS THEREFORE ORDERED:

1.  The debtor(s) and the attorney for the debtor(s) shall appear in person at the date, time, and place fixed for the adjourned meeting of creditors as set by the trustee.

2.  The time for serving and filing of objections to claims of exemption is extended in accordance with Rule 4003(b) F.R.Bkr.P.

3.  Pursuant to Local Rule 4004-3, entry of an order granting a discharge to the debtor(s) is deferred.

4.  The trustee shall file a report immediately after the conclusion of the meeting of creditors.

5.  The clerk shall forthwith mail copies of this order to the debtor(s), the attorney for the debtor(s), the trustee, and the United States Trustee.

Dated: May 10, 2004

United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT

Filed and docket entry made on May 10, 2004

Lori Vosejpka, Acting Clerk, by

04/30/93;051297; 073001
Local Rule 2003-1.

11-1

```
Case: 04-41269    Form id: 122    Ntc Date: 05/10/2004    Off: 4    Page : 1
Total notices mailed: 5

Debtor    LINDELL, MICHAEL J   1023 SUNNYRIDGE DR,   CARVER, MN 55315
Debtor    LINDELL, KAREN A   1023 SUNNYRIDGE DR,   CARVER, MN 55315
Aty       SOULE, MARK L   816 W ST GERMAIN STE 503,   ST CLOUD, MN 56301
Trustee   LINDQUIST, DWIGHT R J   1510 RAND TOWER,   527 MARQUETTE AVE,   MINNEAPOLIS, MN 55402
U S Trust U S TRUSTEE,   1015 U S COURTHOUSE,   300 S 4TH ST,   MINNEAPOLIS, MN 55415
```