## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

_____

**In re:**

**Michael J. Lindell**                                              **BKY No.:  04-41269**
**Karen A. Lindell asf**
**Twin Silver Inc.,**

                              **Debtors.**

_____

NOTICE OF MOTION AND MOTION OBJECTING TO THE CLAIM OF WAYNE SALDEN

To: The United States Court, the United States Trustee, Dwight Lindquist and his attorney
Patrick Hennessy and Wayne Salden, Claimant.

1.      The above-named debtors move the court for the relief requested below and gives notice
of hearing herewith pursuant to Bankruptcy Rule 3007.

2.      The Court will hold a hearing on this motion at 9:30 am on October 26, 2005 in US
Bankruptcy Court, Courtroom 8 West, 300 South 4th Street, Minneapolis, MN 55415.

3.      Any response to this motion must be filed and served not later than October 19, 2005,
which is seven days before the time set for hearing (excluding Saturdays, Sundays and legal
holidays), or filed and served by mail not later than October 14, 2005, which is ten days before
the time set for hearing (excluding Saturday, Sundays and legal holidays). **UNLESS A
RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY
GRANT THE MOTION WITHOUT A HEARING.**

4.      The court has jurisdiction over this motion pursuant to 28 U.S.C. Sections 157 and 1334.
This proceeding is a core proceeding. The petition commencing this Chapter 7 case was filed on
October 22, 2004. The case is now pending in this Court.

5.      This motion arises under 11 U.S.C. Section 726, Bankruptcy Rule 3007 and Local Rule
3007-1. This motion is filed under Bankruptcy Rule 9014 and Local Rule 9013-1. Movant
requests relief with respect to the claim of Wayne Salden, claim number 4 amending claim
number 2.

6.      Debtors object to the claim of Wayne Salden and request that the court disallow the claim
of Wayne Salden. Mr. Wayne Salden has no claim against the debtor or against Twin Silver Inc.
(debtor's former corporation). All loans previous made by Mr. Wayne Salden to the debtors were
repaid by the debtors between 1998 and 2001. Mr. Salden is not entitled to be paid by property of
the estate. Mr. Salden's claim with attachments (6 pages) are attached hereto.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:                                               BKY No.: 04-41269
                                                     Chapter 7
Michael J. Lindell and
Karen A. Lindell,
              Debtors.

_____

### AFFIDAVIT OF DEFENDANT MICHAEL J. LINDELL

STATE OF MINNESOTA

COUNTY OF CARVER

Michael J. Lindell, having been duly sworn under oath, deposes and states as follows:

1. I, Michael J. Lindell, Debtor above-named, hereby make this affidavit in support of my motion objecting to the claim of Wayne Salden (claim #4 amending claim #2)(hereinafter "Claimant").

2. Claimant and I have known each other since 1972 when we were both in seventh grade and we have been best friends for most of our lives. In 1989 claimant married by sister and they have a son together (they have since divorced). I have a son about the exact same age and they are best friends (and cousins). Our children are back and forth between our houses weekly.

3. In addition to our personal relationship we have both been bar and restaurant owners in Carver County for many years. We both know the same people personally and professionally. We were partners in two bars prior claimant's first car accident in 1997.

4. In 1997 claimant was drunk and jumped on the hood of a car as it was leaving our bar. Claimant suffered severe head injuries and was in a coma for a few weeks. It took a long time for him to recover. In the spring/summer of 1998 claimant received a $30,000.00 settlement from

the owner of the car. Claimant's brother was appointed guardian. The funds, however, were put into a joint IDS account #0213-4003635-5 with claimant and me. Claimant agreed to make a personal loan to your affiant. This loan was really several loans grouped together over a short period of time and repaid over three years. The loans and repayments were structured as follows:

| Loans | Date | Amount | Balance | Exhibit |
|---|---|---|---|---|
| | 5/8/98 | $4000.00 | $4000.00 | A (p.2) |
| | 8/4/98 | $26,000.00 | $30,000.00 | B (p.1) |
| | 8/26/98 | $5000.00 | $35,000.00 | A (p.2.) |
| | 9/22/98 | $11,000.00 | $46,000.00 | A (p.2) |

| Repayment | Date | Repayment | Balance | Exhibit |
|---|---|---|---|---|
| | 6/20/98 | $1200.00 | $1200.00 | C |
| | 6/29/98 | $1000.00 | $2200.00 | D |
| | 8/3/98 | $18,000.00 | $20,200.00 | E, A, B |
| | 8/8/98 | $2333.60 | $22,533.60 | F, G |
| | 8/14/98 | $3700.00 | $26,233.60 | H, A |
| | 8/26/98 | $5000.00 | $31,233.60 | I, A |
| | 9/21/98 | $1000.00 | $32,233.60 | A, G |
| | 10/20/98 | $1000.00 | $33,233.60 | A, J |
| | 12/11/98 | $300.00 | $33,533.60 | K |
| | 11/98 – 10/01 | $17,100.00 | $50,633.60 | L |

All of the above payments can be proven with cancelled checks and bank statements. In addition, due to claimant's continual requests for more money (even though he had been paid in full), I gave him a boat, motor and trailer in December 2001 worth $3500.00.

5. Claimant and your affiant never agreed to any interest on this loan and we never had a written promissory note. The promissory note that claimant asserts in this case is a second forgery. The first forgery had my name signed as Mike Lindell and I pointed out to claimant that I always signed my name as Michael J. Lindell. He therefore changed the note to include my middle initial and my full first name.   This forged promissory note provides for 10% annual interest as does an amortization schedules claimant is attempting to enforce against me.

Claimant's amortization schedule fails to account for the payments made before October 1998 and it is therefore drastically incorrect.

.     6. Over the past three years claimant has had five or six different attorney contact me by phone or letter threatening to sue me for one reason or another. All of those lawyers have dropped claimant as a client when they realize there is no basis for his bogus claims. For example, I was contacted by one attorney threatening to sue me for my failure to pay a $57.00 disability policy premium for claimant back in 1997. I was told that this payment bounced from my account (or my company account) which in turn caused claimant to lose his disability coverage which he could have collected on after his head injury. We checked my bank records and there never was such a check that was written nor that bounced. I would not have had any responsibility to make claimant disability policy premium. It was an absurd allegation that took weeks to disprove because I and another partner had to go over thousands of checks covering several years.  I never heard back from that lawyer. It is interesting that between the time I transferred the boat, motor and trailer to claimant in December 2001 through the sale of my bar in May 2003 (1 ½ years) claimant never once claimed I owed him any money from the 1998 loan. He knows it was paid in full.

7. Shortly after the filing of this case claimant filed a 727 adversary proceeding to prevent my discharge. In September 2004, in preparation for trial in the dismissed adversary proceeding, claimant's deposition was taken. During that deposition claimant claimed his list of payments, Exhibit L, was kept every month from 1998 to 2001 and it was an original. It was subsequently shown that the spiral notebook that Exhibit L came from was published in 2001 (a clearly fraudulent document). It is clear that the promissory note came from the same spiral notebook and is just as clearly a fraudulent document and a forgery. Shortly thereafter claimant delivered

3

another alleged list of payments, identical to the one he testified at the deposition (with different colored pens), to his attorney. Claimant is a liar and fraud. His attorney quickly convinced the claimant to dismiss his adversary proceeding.

8. In the event of an evidentiary hearing I will testify and prove by written cancelled checks that this claim was paid in full before the end of 2001 and that I never signed the promissory note.

FURTHER YOUR AFFIANT SAYETH NOT.

Dated 9/5/05                                                                 /e/ Michael J. Lindell

Sent By: American Express Financial Advi; 952 442 4085;    Jun-14-04  4:35PM;    Page 2

Financial Planning
Statement of Accounts

January 01, 1998 - January 18, 1999

Total Value of Accounts

Financial Advisor
GERALD D MAHONEY CFP
MAHONEY, ELZE AND ASSOCIATES
A division of American Express Fin Adv
107 E 2ND Street
Chaska MN 55318-1997
612-448-6455

MR MICHAEL J LINZELL
C/O BANK OWEST
15775 CHRISTY ROAD 943
CARVER MN 55315

A summary of accounts

| | Value one year ago | Value last statement | Value this statement |
|---|---|---|---|
| Total value of assets | 0.00 | $101.26 | $869.27 |

Mutual Funds

Cash Management A
MICHAEL J LINZELL
Acct 0021 3608 3633 5 002    Not applicable    $869.27

Values for accounts summarized above may vary because of market fluctuations,
account activity or outstanding items. Some values may be subject to surrender
charges, market value adjustments or other fees.

MR MICHAEL J LINZELL's client number:
Phone number:
Group number:

53315 001300010335660001

IMB Cash Management Fund

Ownership Information

MICHAEL J LINZELL TWO
Acct number: 0008 0021 3608 3633 5 002
Taxpayer ID:

Account activity

| Date | Activity | Class of Shares | Number of Shares | Price X per Share | Dollar Amount |
|---|---|---|---|---|---|
| 03/30/98 | Initial purchase | A | 5,573.520 | $1.000 | $5,573.52 |
| 04/15/98 | Draft redemption | A | 280.000 | $1.000 | $280.00 |
| | Draft 1006 | | | | |
| 04/17/98 | Draft redemption | A | 180.000 | $1.000 | $180.00 |
| | Draft 1004 | | | | |
| 04/28/98 | Draft redemption | A | 180.000 | $1.000 | $180.00 |
| | Draft 1106 | | | | |
| 04/22/98 | Draft redemption | A | 100.000 | $1.000 | $100.00 |
| | Draft 1007 | | | | |
| 04/29/98 | Reinvested dividend at $1.0947 per share | A | 22.500 | $1.000 | $22.50 |
| 04/30/98 | Draft redemption | A | 180.000 | $1.000 | $180.00 |
| | Draft 1010 | | | | |
| 06/07/98 | Purchase | A | 10,000.000 | $1.000 | $10,000.00 |
| 06/07/98 | Purchase cancellation | A | 3,336.000 | $1.000 | $65,336.00 |
| 06/07/98 | Purchase | A | | $1.000 | |
| 06/07/98 | Purchase cancellation | A | 3,336.000 | $1.000 | $65,336.00 |

Current annualized yield:  4.632

Account activity

| Date | Activity | Class of shares | Number of shares x | Price per share = | Dollar Amount |
|---|---|---|---|---|---|

AG:00092
SR#:0437266
Page 3 of 7

Account activity

| Date | Activity | Class of shares | Number of shares x | Price per share = | Dollar Amount |
|---|---|---|---|---|---|

AG:00092
SR#:0437266
Page 4 of 7

Continued

Continued

Sent By: American Express Financial Advi; 952 442 ····; Jun 14-04  4:35PM;   Page 2

AC-00002
SEC#00372GB
Page 5 of 7

Account: Activity

| Date | Activity | Class of share | Number of shares | Price per share = | Dollar amount |
|---|---|---|---|---|---|
| 10/29/78 | Draft redemption | A | 101,000- | $1,000 | $100.00- |
| 11/03/78 | Draft 1156 | A | | | |
| 11/05/78 | Draft redemption | A | 201,000- | $1,000 | $200.00- |
| 11/05/78 | Draft 1189 | A | | | |
| 11/06/78 | Draft redemption | A | 101,000- | $1,000 | $100.00- |
| 11/06/78 | Draft 1167 | A | | | |
| 11/05/78 | Draft redemption | A | 100,000- | $1,000 | $100.00- |
| 11/05/78 | Draft 1088 | A | | | |
| 11/10/78 | Draft redemption | A | 100,000- | $1,000 | $100.00- |
| 11/10/78 | Draft 1069 | A | 200,000- | $1,000 | $200.00- |
| 11/10/78 | Draft redemption | A | | | |
| 11/10/78 | Draft 1071 | A | | | |
| 11/10/78 | Draft redemption | A | 300,000- | $1,000 | $300.00- |
| 11/10/78 | Draft 1090 | A | | | |
| 11/10/78 | Bank purchase | A | 2,000,000 | $1,000 | $3,100.00 |
| 11/27/78 | Draft 1085 | A | 100,000- | $1,000 | $100.00- |
| 11/27/78 | Draft redemption | A | | | |
| 11/27/78 | Reinvested dividend at $.0150 per share | 2,340 | | $2.34 |
| 11/27/78 | Draft redemption | A | 100,000- | $1,000 | $100.00- |
| 12/22/78 | Reinvested dividend at $.0850 per share | 3,990 | $1,000 | $3.99 |

SEC#00372GB
Page 6 of 7

AC-00002

**Service Information**

Please review your statement carefully. If you notice an error, please notify us immediately. Failure to notify us within 30 days will constitute your acceptance of the contract. You may direct any questions to your financial advisor, you may call our office at 612-521-6262. You may write to us at: American Express Financial Advisors Inc., IDS Tower 10, Minneapolis, MN 55440-0010.

For more complete information on any product or service, including associated fees and expenses, contact your financial advisor for a prospectus. Please read it carefully before you invest or send money.

The FDIC requires that we make the following disclosure to our clients.

American Express Financial Advisors Inc., IDS Life Insurance Company, IDS Life Insurance Company of New York and IDS Certificate Company are not banks, and the securities they offer are not bank deposit or guaranteed by any bank, nor are they insured by the FDIC.

American Express Centurion Bank deposits are insured by the Federal Deposit Insurance Corporation to the maximum of $100,000 for each depositor.

IDS Life Insurance Company is not, and is not required to be, a member of the Securities Investor Protection Corporation (SIPC).

An investor brochure describing the Public Disclosure Program is available on the NASD Web Site (http://www.NASDR.com/) or by calling 800-289-9999.

**Portfolio Manager Changes:**
IDS Life Series Fund / Managed Portfolio—Douglas Guffy is replacing Betty Tannatt as portfolio manager.
James Johnson is replacing Guru Baliga as portfolio manager for IDS Small Company Index Fund, IDS Blue Chip Advantage Fund and IDS Research Opportunities Fund.

only Activity in 1999
JAN 12, 1999
Closed with 85P ??
Sent to Wayne



VICTORIA STATE BANK
PO BOX 35
VICTORIA MN 55386

02XHI85TT B 13 885059
002 21 01          PAGE:          1
DATE: 08/31/98  ACCOUNT:      7237

**KLEIN FINANCIAL**
A MEMBER OF

TELEPHONE:612-443-2491

||.|.|.||..||.|.||.|||..|.|..||||..|||..||||..|||

TWIN SILVER, INC.
KAREN A. LINDELL
MICHAEL J. LINDELL                               30-0
PO BOX 418                                        27
VICTORIA MN  55386-0418                          145

```
                 BANK LOBBY HOURS              BANK DRIVE-UP HOURS
    MON. -- THUR  8:00 AM TO 5:00 PM   MON. -- THUR 7:00 AM TO 5:00 PM
    FRI          8:00 AM TO 6:00 PM    FRI.          7:00 AM TO 6:00 PM
    *** SATURDAY  8:30 AM TO 12:00 NOON  SAT.        8:30 AM TO 12:00 NOON
```
DISCLOSURES FOR ALL VICTORIA STATE BANK'S DEPOSITORY ACCOUNTS ARE
AVAILABLE AT OUR BANKING OFFICE LOCATED AT 1630 ARBORETUM BLVD.,OR
CALL 612/443-2491 TO HAVE DISCLOSURES MAILED TO YOU.
TELEBANK TRANSACTIONS MADE BEFORE 3:00 P.M. MON - FRI WILL BE CREDITED ON
THE NEXT BUSINESS DAY. THE TRANSACTION AMOUNT WILL BE REFLECTED IN THE
BALANCE IMMEDIATELY.

### BUSINESS CHECKING ACCOUNT 7237

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ............................... | | | 07/31/98 | 2,562.04- |
| DEPOSIT | | 4,712.95 | 08/03/98 | 2,150.91 |
| NSF FEE CHARGE | 72.00 | | 08/03/98 | 2,078.91 |
| CHECK # 8915 | 100.00 | | 08/03/98 | 1,978.91 |
| CHECK # 8959 | 258.38 | | 08/03/98 | 1,720.53 |
| CHECK # 8977 | 347.00 | | 08/03/98 | 1,373.53 |
| CHECK # 8968 | 350.00 | | 08/03/98 | 1,023.53 |
| CHECK # 8964 | 424.25 | | 08/03/98 | 599.28 |
| CHECK # 8976 | 730.00 | | 08/03/98 | 130.72- |
| CHECK # 8969 | 1,460.90 | | 08/03/98 | 1,591.62- |
| DEPOSIT | | 26,000.00 | 08/04/98 | 24,408.38 |
| NSF FEE CHARGE | 54.00 | | 08/04/98 | 24,354.38 |
| CHECK # 8970 | 73.00 | | 08/04/98 | 24,281.38 |
| CHECK # 8974 | 288.22 | | 08/04/98 | 23,993.16 |
| CHECK # 8966 | 848.80 | | 08/04/98 | 23,144.36 |
| TO TONY SCHREMPP FOR MIKE LINDELL | | | | |
| | 2,000.00 | | 08/04/98 | 21,144.36 |
| PAYMENT TO LOAN LOAN 37686 | 476.79 | | 08/04/98 | 20,667.57 |
| DEPOSIT | | 765.45 | 08/05/98 | 21,433.02 |
| 000000 TELEBANK XFER TO REGULAR CHECKING 1025621 ON | | | | |
| 08/04/98 AT 23:14 | 600.00 | | 08/05/98 | 20,833.02 |
| CHECK # 8971 | 122.00 | | 08/05/98 | 20,711.02 |

* * * C O N T I N U E D * * *



NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

VICTORIA STATE BANK                    002 21 01        PAGE:              2
PO BOX 35                              DATE: 08/31/98  ACCOUNT:         7237
VICTORIA MN 55386



**A MEMBER OF**
**KLEIN FINANCIAL**

TELEPHONE:612-443-2491

TWIN SILVER, INC.

----------------------------------------------------------------------
BUSINESS CHECKING ACCOUNT 7237
----------------------------------------------------------------------

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| CHECK # 8991 | 150.00 | | 08/05/98 | 20,561.02 |
| CHECK # 8999 | 321.00 | | 08/05/98 | 20,240.02 |
| CHECK # 8992 | 359.00 | | 08/05/98 | 19,881.02 |
| CHECK # 9000 | 391.00 | | 08/05/98 | 19,490.02 |
| CHECK # 8972 | 531.20 | | 08/05/98 | 18,958.82 |
| CHECK # 8994 | 538.00 | | 08/05/98 | 18,420.82 |
| CHECK # 8995 | 735.00 | | 08/05/98 | 17,685.82 |
| CHECK # 8981 | 875.10 | | 08/05/98 | 16,810.72 |
| DEPOSIT | | 3,560.80 | 08/06/98 | 20,371.52 |
| RETURNED DEPOSIT ITEMS | 75.00 | | 08/06/98 | 20,296.52 |
| CHECK # 8952 | 23.68 | | 08/06/98 | 20,272.84 |
| CHECK # 9004 | 41.55 | | 08/06/98 | 20,231.29 |
| CHECK # 8993 | 48.00 | | 08/06/98 | 20,183.29 |
| CHECK # 8955 | 368.00 | | 08/06/98 | 19,815.29 |
| CHECK # 8954 | 709.91 | | 08/06/98 | 19,105.38 |
| CHECK # 8439 | 3,000.00 | | 08/06/98 | 16,105.38 |
| CHECK # 8978 | 3,650.00 | | 08/06/98 | 12,455.38 |
| CHECK # 8979 | 18,000.00 | | 08/06/98 | 5,544.62- |
| DEPOSIT | | 3,408.78 | 08/07/98 | 2,135.84- |
| RETURNED CHECK# 8439, INSUFFICIENT FUNDS | | 3,000.00 | 08/07/98 | 864.16 |
| RETURNED CHECK# 8978, INSUFFICIENT FUNDS | | 3,650.00 | 08/07/98 | 4,514.16 |
| CHECK HANDLING CHARGE | 3.00 | | 08/07/98 | 4,511.16 |
| NSF FEE CHARGE | 72.00 | | 08/07/98 | 4,439.16 |
| RETURNED DEPOSIT ITEMS | 20.00 | | 08/07/98 | 4,419.16 |
| CHECK # 8984 | 261.01 | | 08/07/98 | 4,158.15 |
| CHECK # 9007 | 398.35 | | 08/07/98 | 3,759.80 |
| DEPOSIT | | 1,276.00 | 08/10/98 | 5,035.80 |
| DEPOSIT | | 4,976.60 | 08/10/98 | 10,012.40 |
| CHECK HANDLING CHARGE | 3.00 | | 08/10/98 | 10,009.40 |
| RETURNED DEPOSIT ITEMS | 25.00 | | 08/10/98 | 9,984.40 |
| IDS AMEX MPLS MN AUTH PMT 199808060220218 | 500.00 | | 08/10/98 | 9,484.40 |
| CHECK # 9018 | 51.80 | | 08/10/98 | 9,432.60 |
| CHECK # 9006 | 52.71 | | 08/10/98 | 9,379.89 |
| CHECK # 9008 | 53.34 | | 08/10/98 | 9,326.55 |
| CHECK # 9003 | 114.82 | | 08/10/98 | 9,211.73 |
| CHECK # 9002 | 126.65 | | 08/10/98 | 9,085.08 |
| CHECK # 9013 | 142.95 | | 08/10/98 | 8,942.13 |
| CHECK # 9011 | 163.20 | | 08/10/98 | 8,778.93 |
| CHECK # 8988 | 234.21 | | 08/10/98 | 8,544.72 |
| CHECK # 8986 | 310.26 | | 08/10/98 | 8,234.46 |
| CHECK # 8989 | 316.96 | | 08/10/98 | 7,917.50 |
| CHECK # 9012 | 395.00 | | 08/10/98 | 7,522.50 |
| CHECK # 9022 | 408.00 | | 08/10/98 | 7,114.50 |
| CHECK # 8990 | 411.41 | | 08/10/98 | 6,703.09 |

* * * C O N T I N U E D * * *

FDIC
NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

VICTORIA STATE BANK          002 21 01      PAGE:          3
PO BOX 35                    DATE: 08/31/98  ACCOUNT:      7237
VICTORIA MN 55386



TELEPHONE:612-443-2491

**KLEIN FINANCIAL**
A MEMBER OF

TWIN SILVER, INC.

-------------------------------------------------------------------------
                    BUSINESS CHECKING ACCOUNT 7237
-------------------------------------------------------------------------

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| CHECK # 9023 | 421.00 | | 08/10/98 | 6,282.09 |
| CHECK # 8983 | 529.77 | | 08/10/98 | 5,752.32 |
| CHECK # 9024 | 700.00 | | 08/10/98 | 5,052.32 |
| CHECK # 8987 | 1,051.22 | | 08/10/98 | 4,001.10 |
| CHECK # 9009 | 1,513.00 | | 08/10/98 | 2,488.10 |
| DEPOSIT | | 2,162.79 | 08/11/98 | 4,650.89 |
| CHECK # 9020 | 173.10 | | 08/11/98 | 4,477.79 |
| CHECK # 9021 | 243.63 | | 08/11/98 | 4,234.16 |
| CHECK # 9017 | 643.76 | | 08/11/98 | 3,590.40 |
| CHECK # 8439 | 3,000.00 | | 08/11/98 | 590.40 |
| DEPOSIT | | 3,754.00 | 08/12/98 | 4,344.40 |
| CHECK # 9019 | 157.00 | | 08/12/98 | 4,187.40 |
| CHECK | 1,794.00 | | 08/12/98 | 2,393.40 |
| CHECK # 9031 | 1,800.00 | | 08/12/98 | 593.40 |
| CHECK # 8978 | 3,650.00 | | 08/12/98 | 3,056.60- |
| DEPOSIT | | 974.94 | 08/13/98 | 2,081.66- |
| RETURNED CHECK# 8978, INSUFFICIENT FUNDS | | 3,650.00 | 08/13/98 | 1,568.34 |
| CHECK HANDLING CHARGE | 3.00 | | 08/13/98 | 1,565.34 |
| NSF FEE CHARGE | 54.00 | | 08/13/98 | 1,511.34 |
| RETURNED DEPOSIT ITEMS | 250.00 | | 08/13/98 | 1,261.34 |
| CHECK | 35.13 | | 08/13/98 | 1,226.21 |
| CHECK # 9026 | 987.00 | | 08/13/98 | 239.21 |
| CHECK # 9025 | 1,409.00 | | 08/13/98 | 1,169.79- |
| DEPOSIT | | 1,091.88 | 08/14/98 | 77.91- |
| 000000 TELEBANK XFER FROM REGULAR CHECKING 1025621 ON | | | | |
| 08/13/98 AT 21:43 | | 700.00 | 08/14/98 | 622.09 |
| NSF FEE CHARGE | 36.00 | | 08/14/98 | 586.09 |
| CHECK # 8985 | 67.50 | | 08/14/98 | 518.59 |
| CHECK # 9032 | 157.23 | | 08/14/98 | 361.36 |
| CHECK # 9029 | 446.40 | | 08/14/98 | 85.04- |
| DEPOSIT | | 604.54 | 08/17/98 | 519.50 |
| DEPOSIT | | 1,717.00 | 08/17/98 | 2,236.50 |
| DEPOSIT | | 2,133.80 | 08/17/98 | 4,370.30 |
| MISCELLANEOUS DEBIT | 500.00 | | 08/17/98 | 3,870.30 |
| NSF FEE CHARGE | 18.00 | | 08/17/98 | 3,852.30 |
| CHECK # 9034 | 51.85 | | 08/17/98 | 3,800.45 |
| CHECK | 72.62 | | 08/17/98 | 3,727.83 |
| CHECK # 9028 | 260.00 | | 08/17/98 | 3,467.83 |
| CHECK # 9035 | 299.00 | | 08/17/98 | 3,168.83 |
| CHECK # 9043 | 500.00 | | 08/17/98 | 2,668.83 |
| CHECK # 9040 | 589.00 | | 08/17/98 | 2,079.83 |
| PAYMENT TO LOAN LOAN 37938 | 610.27 | | 08/17/98 | 1,469.56 |
| DEPOSIT | | 2,196.61 | 08/18/98 | 3,666.17 |
| CHECK HANDLING CHARGE | 3.00 | | 08/18/98 | 3,663.17 |
| RETURNED DEPOSIT ITEMS | 200.00 | | 08/18/98 | 3,463.17 |

* * *  C O N T I N U E D  * * *

**FDIC**

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

VICTORIA STATE BANK                           002 21 01        PAGE:              4
PO BOX 35                                   DATE: 08/31/98   ACCOUNT:         7237
VICTORIA MN 55386

**KLEIN FINANCIAL**
A MEMBER OF

TELEPHONE:612-443-2491

TWIN SILVER, INC.

=================================================================
                    BUSINESS CHECKING ACCOUNT 7237
=================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| AOL*SERVICE 089 8 19085952 | 26.95 | | 08/18/98 | 3,436.22 |
| CHECK # 9047 | 31.90 | | 08/18/98 | 3,404.32 |
| CHECK # 9037 | 48.00 | | 08/18/98 | 3,356.32 |
| CHECK # 9046 | 63.73 | | 08/18/98 | 3,292.59 |
| CHECK # 9033 | 397.77 | | 08/18/98 | 2,894.82 |
| CHECK # 9038 | 986.05 | | 08/18/98 | 1,908.77 |
| CHECK # 9050 | 1,000.00 | | 08/18/98 | 908.77 |
| DEPOSIT | | 3,313.60 | 08/19/98 | 4,222.37 |
| CHECK # 9041 | 33.50 | | 08/19/98 | 4,188.87 |
| CHECK # 9042 | 164.20 | | 08/19/98 | 4,024.67 |
| CHECK # 9057 | 191.00 | | 08/19/98 | 3,833.67 |
| CHECK # 9045 | 213.17 | | 08/19/98 | 3,620.50 |
| CHECK # 9044 | 256.83 | | 08/19/98 | 3,363.67 |
| CHECK # 9036 | 350.00 | | 08/19/98 | 3,013.67 |
| CHECK # 9055 | 380.00 | | 08/19/98 | 2,633.67 |
| CHECK # 9056 | 575.00 | | 08/19/98 | 2,058.67 |
| CHECK # 8826 | 3,000.00 | | 08/19/98 | 941.33- |
| DEPOSIT | | 2,644.24 | 08/20/98 | 1,702.91 |
| NSF FEE CHARGE | 54.00 | | 08/20/98 | 1,648.91 |
| TDS AMEX MPLS MN AUTH PMT 199808180161480 | 1,000.00 | | 08/20/98 | 648.91 |
| CHECK # 9054 | 33.90 | | 08/20/98 | 615.01 |
| CHECK # 9062 | 482.00 | | 08/20/98 | 133.01 |
| DEPOSIT | | 803.60 | 08/21/98 | 936.61 |
| WENDELLS AUTO DEBIT 178702 | 16.95 | | 08/21/98 | 919.66 |
| CHECK # 9001 | 289.00 | | 08/21/98 | 630.66 |
| CHECK # 9059 | 632.30 | | 08/21/98 | 1.64- |
| CHECK # 9048 | 648.00 | | 08/21/98 | 649.64- |
| CHECK # 9051 | 722.00 | | 08/21/98 | 1,371.64- |
| CHECK # 9052 | 1,216.00 | | 08/21/98 | 2,587.64- |
| DEPOSIT | | 1,468.34 | 08/24/98 | 1,119.30- |
| DEPOSIT | | 3,368.40 | 08/24/98 | 2,249.10 |
| NSF FEE CHARGE | 72.00 | | 08/24/98 | 2,177.10 |
| CHECK # 9066 | 16.00 | | 08/24/98 | 2,161.10 |
| CHECK # 9077 | 21.00 | | 08/24/98 | 2,140.10 |
| CHECK # 9063 | 40.20 | | 08/24/98 | 2,099.90 |
| CHECK # 9065 | 53.65 | | 08/24/98 | 2,046.25 |
| CHECK # 9061 | 303.00 | | 08/24/98 | 1,743.25 |
| CHECK # 9070 | 350.00 | | 08/24/98 | 1,393.25 |
| CHECK # 9069 | 400.00 | | 08/24/98 | 993.25 |
| CHECK # 9068 | 440.00 | | 08/24/98 | 553.25 |
| CHECK # 9076 | 662.00 | | 08/24/98 | 108.75- |
| CHECK # 9067 | 673.00 | | 08/24/98 | 781.75- |
| CHECK # 9058 | 730.00 | | 08/24/98 | 1,511.75- |
| CHECK # 8982 | 875.10 | | 08/24/98 | 2,386.85- |

* * * C O N T I N U E D * * *

**FDIC**
FEDERAL DEPOSIT INSURANCE CORPORATION

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

```
VICTORIA STATE BANK                  002 21 01          PAGE:           5
PO BOX 35                            DATE: 08/31/98  ACCOUNT:        7237
VICTORIA MN 55386
```

TELEPHONE:612-443-2491

**A MEMBER OF**
**KLEIN FINANCIAL**          TWIN SILVER, INC.

---

## BUSINESS CHECKING ACCOUNT 7237

---

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| CHECK # 9075 | 1,033.00 | | 08/24/98 | 3,419.85- |
| CHECK # 9053 | 1,049.29 | | 08/24/98 | 4,469.14- |
| DEPOSIT | | 595.73 | 08/25/98 | 1,126.59 |
| RETURNED CHECK# 9076, INSUFFICIENT FUNDS | | 662.00 | 08/25/98 | 1,788.59 |
| RETURNED CHECK# 9067, INSUFFICIENT FUNDS | | 673.00 | 08/25/98 | 2,461.59 |
| RETURNED CHECK# 9058, INSUFFICIENT FUNDS | | 730.00 | 08/25/98 | 3,191.59 |
| RETURNED CHECK# 8982, INSUFFICIENT FUNDS | | 875.10 | 08/25/98 | 4,066.69 |
| RETURNED CHECK# 9075, INSUFFICIENT FUNDS | | 1,033.00 | 08/25/98 | 5,099.69 |
| RETURNED CHECK# 9053, INSUFFICIENT FUNDS | | 1,049.29 | 08/25/98 | 6,148.98 |
| NSF FEE CHARGE | 252.00 | | 08/25/98 | 5,896.98 |
| CHECK # 9071 | 34.80 | | 08/25/98 | 5,862.18 |
| CHECK # 9064 | 553.98 | | 08/25/98 | 5,308.20 |
| CHECK # 9074 | 762.94 | | 08/25/98 | 4,545.26 |
| DEPOSIT | | 1,970.15 | 08/26/98 | 6,515.41 |
| 000000 TELEBANK XFER TO REGULAR CHECKING 1025621 ON | | | | |
| 08/26/98 AT 10:54 | 500.00 | | 08/26/98 | 6,015.41 |
| CHECK # 9081 | 18.00 | | 08/26/98 | 5,997.41 |
| CHECK # 9073 | 87.00 | | 08/26/98 | 5,910.41 |
| CHECK # 9087 | 113.98 | | 08/26/98 | 5,796.43 |
| CHECK # 9092 | 221.00 | | 08/26/98 | 5,575.43 |
| CHECK # 9072 | 1,720.65 | | 08/26/98 | 3,854.78 |
| DEPOSIT | | 471.00 | 08/27/98 | 4,325.78 |
| DEPOSIT | | 1,920.75 | 08/27/98 | 6,246.53 |
| CHECK # 9085 | 24.77 | | 08/27/98 | 6,221.76 |
| CHECK # 9103 | 34.00 | | 08/27/98 | 6,187.76 |
| CHECK # 9094 | 100.00 | | 08/27/98 | 6,087.76 |
| CHECK # 9100 | 190.00 | | 08/27/98 | 5,897.76 |
| CHECK # 9102 | 286.00 | | 08/27/98 | 5,611.76 |
| CHECK # 9080 | 373.00 | | 08/27/98 | 5,238.76 |
| CHECK # 9104 | 425.00 | | 08/27/98 | 4,813.76 |
| CHECK # 9099 | 580.00 | | 08/27/98 | 4,233.76 |
| CHECK # 9101 | 610.00 | | 08/27/98 | 3,623.76 |
| CHECK # 9067 | 673.00 | | 08/27/98 | 2,950.76 |
| CHECK # 9105 | 696.00 | | 08/27/98 | 2,254.76 |
| DEPOSIT | | 1,788.95 | 08/28/98 | 4,043.71 |
| TWIN SILVER/ LOAN ADVANCE / VSB | | 19,774.00 | 08/28/98 | 23,817.71 |
| CHECK HANDLING CHARGE | 3.00 | | 08/28/98 | 23,814.71 |
| RETURNED DEPOSIT ITEMS | 35.00 | | 08/28/98 | 23,779.71 |
| 000000 TELEBANK XFER TO REGULAR CHECKING 1025621 ON | | | | |
| 08/27/98 AT 21:58 | 500.00 | | 08/28/98 | 23,279.71 |
| CHECK # 9089 | 3.25 | | 08/28/98 | 23,276.46 |
| CHECK # 9083 | 16.22 | | 08/28/98 | 23,260.24 |
| CHECK # 9088 | 18.64 | | 08/28/98 | 23,241.60 |
| CHECK # 9079 | 50.00 | | 08/28/98 | 23,191.60 |
| CHECK # 9091 | 150.00 | | 08/28/98 | 23,041.60 |

**\* \* \* C O N T I N U E D \* \* \***

**FDIC**

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

**Exhibit C**

**TWIN SILVER, INC.**
PHONE 443-2542
7900 QUAMOCLIT, P.O. BOX 418
VICTORIA, MN 55386

8827

75-1032/919

PAY TO THE ORDER OF _Donna Hecksel_   DATE _6-20-98_   $ _1200_

_One thousand two hundred_   no/

Identification:

DONNA HECKSEL

**VICTORIA STATE BANK**
913-448-9491
VICTORIA, MN 55386

FOR _____   _Karen A Lindell_

⑈008827⑈ ⑆091910329⑆ 000 725 7⑈   ⑈0000120000⑈



**TWIN SILVER, INC.**
PHONE 443-2542
7900 QUAMOCLIT, P.O. BOX 418
VICTORIA, MN  55386

8858

75-1032/919

DATE 6/29/98

PAY
TO THE
ORDER OF  Cash

$ 1000 00

One thousand and no ——————— DOLLARS

**VICTORIA STATE BANK**
612-443-2491
VICTORIA, MN 55386

Acct #7237   244 06/29/98
Identification:        $1,000.00
SO 01:19:58 PM
Tran Amt
LINDELL

FOR  Wayne

⑆008858⑆ ⑈091910329⑈ 000 723 7⑆                    ⑆0000100000⑆

Exhibit E

**TWIN SILVER, INC.**
PHONE 443-2542
7900 QUAMOCLIT, P.O. BOX 418
VICTORIA, MN  55386

8979

75-1032/919

DATE 8/3/98

PAY TO THE ORDER OF  T. D. S. #0213-400 3635-5   $ 18,000 ⁰⁰

eighteen thousand and ⁷⁰⁰   DOLLARS

**VICTORIA STATE BANK**
612-448-2491
VICTORIA, MN 55386

FOR

⑆008979⑆ ⑉091910329⑉ 000 723 7⑆   ⑈0001800000⑆

Exhibit E

**TWIN SILVER, INC.**
PHONE 443-2542
7900 QUAMOCLIT, P.O. BOX 418
VICTORIA, MN 55386

8979

75-1032/919

DATE 8/3/98

PAY TO THE ORDER OF  I. D. S. # 0213-400 3635-5   $ 18,000⁰⁰

eighteen thousand and 00/100   DOLLARS

**VICTORIA STATE BANK**
612-448-2481
VICTORIA, MN 55886

FOR

⑈008979⑈ ⑆091910329⑆ 000 723 7⑈   ⑈0001800000⑈

**TWIN SILVER, INC.**
PHONE 443-2542
7900 QUAMOCLIT, P.O. BOX 418
VICTORIA, MN  55386

8980

75-1032/919

DATE 8/8/98

PAY TO THE ORDER OF Wayne Salden                    $ 2333.60

two thousand three hundred thirty three and 60/100                    DOLLARS

**VICTORIA STATE BANK**
912-443-2491
VICTORIA, MN 55386

FOR _____

⑆008980⑆ ⑈091910329⑈ 000 723 71⑆ ⑆0000233360⑆

VICTORIA STATE BANK      002 21 01      PAGE:      4
PO BOX 35               DATE: 09/30/98   ACCOUNT:     7237
VICTORIA MN 55386

TELEPHONE:612-443-2491

A MEMBER OF
**KLEIN FINANCIAL**     TWIN SILVER, INC.

=================================================================
BUSINESS CHECKING ACCOUNT 7237
=================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| AOL*SERVICE 099 8 65918892 | 26.95 | | 09/18/98 | 2,322.72 |
| CHECK # 9163 | 532.13 | | 09/18/98 | 1,790.59 |
| CHECK # 9156 | 709.91 | | 09/18/98 | 1,080.68 |
| DEPOSIT | | 5,972.60 | 09/21/98 | 7,053.28 |
| CHECK HANDLING CHARGE | 3.00 | | 09/21/98 | 7,050.28 |
| RETURNED DEPOSIT ITEMS | 162.95 | | 09/21/98 | 6,887.33 |
| IDS AMEX MPLS MN AUTH PMT 199809170190402 | 1,000.00 | | 09/21/98 | 5,887.33 |
| CHECK # 9199 | 54.26 | | 09/21/98 | 5,833.07 |
| CHECK # 9205 | 77.70 | | 09/21/98 | 5,755.37 |
| CHECK # 9206 | 120.00 | | 09/21/98 | 5,635.37 |
| CHECK # 9224 | 258.00 | | 09/21/98 | 5,377.37 |
| CHECK # 9218 | 350.00 | | 09/21/98 | 5,027.37 |
| CHECK # 9225 | 389.00 | | 09/21/98 | 4,638.37 |
| CHECK # 9202 | 472.25 | | 09/21/98 | 4,166.12 |
| CHECK # 9220 | 530.05 | | 09/21/98 | 3,636.07 |
| CHECK # 9226 | 604.00 | | 09/21/98 | 3,032.07 |
| CHECK # 9196 | 626.25 | | 09/21/98 | 2,405.82 |
| CHECK # 9203 | 925.00 | | 09/21/98 | 1,480.82 |
| CHECK # 9130 | 2,500.00 | | 09/21/98 | 1,019.18- |
| DEPOSIT | | 1,400.00 | 09/22/98 | 380.82 |
| DEPOSIT | | 2,000.00 | 09/22/98 | 2,380.82 |
| CHECK HANDLING CHARGE | 3.00 | | 09/22/98 | 2,377.82 |
| NSF FEE CHARGE | 54.00 | | 09/22/98 | 2,323.82 |
| RETURNED DEPOSIT ITEMS | 50.00 | | 09/22/98 | 2,273.82 |
| CHECK # 9222 | 42.20 | | 09/22/98 | 2,231.62 |
| CHECK # 9212 | 50.04 | | 09/22/98 | 2,181.58 |
| CHECK # 9217 | 60.00 | | 09/22/98 | 2,121.58 |
| CHECK # 9175 | 100.00 | | 09/22/98 | 2,021.58 |
| CHECK # 9227 | 100.00 | | 09/22/98 | 1,921.58 |
| CHECK # 9219 | 119.70 | | 09/22/98 | 1,801.88 |
| CHECK # 9221 | 137.00 | | 09/22/98 | 1,664.88 |
| CHECK # 9223 | 497.62 | | 09/22/98 | 1,167.26 |
| CHECK # 9200 | 543.10 | | 09/22/98 | 624.16 |
| CHECK # 9204 | 566.03 | | 09/22/98 | 58.13 |
| DEPOSIT | | 790.85 | 09/23/98 | 848.98 |
| VICTORIA BANK CHECK/ACC. | 83.11 | | 09/23/98 | 765.87 |
| CHECK # 9211 | 51.97 | | 09/23/98 | 713.90 |
| CHECK # 9208 | 85.28 | | 09/23/98 | 628.62 |
| CHECK # 9214 | 184.00 | | 09/23/98 | 444.62 |
| CHECK # 9157 | 287.50 | | 09/23/98 | 157.12 |
| CHECK # 9213 | 292.21 | | 09/23/98 | 135.09- |
| CHECK # 9201 | 385.00 | | 09/23/98 | 520.09- |
| CHECK # 9245 | 800.00 | | 09/23/98 | 1,320.09- |
| CHECK # 9180 | 875.10 | | 09/23/98 | 2,195.19- |

* * *  C O N T I N U E D  * * *

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

```
                    VICTORIA STATE BANK              002 21 01     PAGE:              5
                    PO BOX 35                        DATE: 09/30/98  ACCOUNT:
                    VICTORIA MN 55386                                             7237
```



**KLEIN FINANCIAL**
A MEMBER OF

TELEPHONE:612-443-2491

TWIN SILVER, INC.

==================================================================================
### BUSINESS CHECKING ACCOUNT 7237
==================================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| DEPOSIT | | 4,376.75 | 09/24/98 | 2,181.56 |
| RETURNED CHECK# 9213, INSUFFICIENT FUNDS | | 292.21 | 09/24/98 | 2,473.77 |
| RETURNED CHECK# 9201, INSUFFICIENT FUNDS | | 385.00 | 09/24/98 | 2,858.77 |
| RETURNED CHECK# 9245, INSUFFICIENT FUNDS | | 800.00 | 09/24/98 | 3,658.77 |
| RETURNED CHECK# 9180, INSUFFICIENT FUNDS | | 875.10 | 09/24/98 | 4,533.87 |
| NSF FEE CHARGE | 144.00 | | 09/24/98 | 4,389.87 |
| CHECK # 9229 | 45.00 | | 09/24/98 | 4,344.87 |
| CHECK # 9231 | 469.00 | | 09/24/98 | 3,875.87 |
| CHECK # 9237 | 472.00 | | 09/24/98 | 3,403.87 |
| CHECK # 9232 | 486.00 | | 09/24/98 | 2,917.87 |
| CHECK # 9228 | 729.00 | | 09/24/98 | 2,188.87 |
| CHECK # 9230 | 819.00 | | 09/24/98 | 1,369.87 |
| CHECK # 9233 | 1,000.00 | | 09/24/98 | 369.87 |
| CHECK # 9238 | 2,000.00 | | 09/24/98 | 1,630.13- |
| CHECK # 8980 | 2,333.60 | | 09/24/98 | 3,963.73- |
| PAYMENT TO LOAN LOAN 38142 | 600.00 | | 09/24/98 | 4,563.73- |
| DEPOSIT | | 650.00 | 09/25/98 | 3,913.73- |
| DEPOSIT | | 4,153.21 | 09/25/98 | 239.48 |
| NSF FEE CHARGE | 108.00 | | 09/25/98 | 131.48 |
| AOL LONG DIST LONGDISTNC 75805766 | | | | |
| | 4.90 | | 09/25/98 | 126.58 |
| CHECK # 9209 | 100.00 | | 09/25/98 | 26.58 |
| CHECK # 9210 | 100.00 | | 09/25/98 | 73.42- |
| CHECK # 9240 | 437.05 | | 09/25/98 | 510.47- |
| CHECK # 9241 | 2,000.00 | | 09/25/98 | 2,510.47- |
| DEPOSIT | | 3,821.28 | 09/28/98 | 1,310.81 |
| NSF FEE CHARGE | 54.00 | | 09/28/98 | 1,256.81 |
| 000000 TELEBANK XFER TO REGULAR CHECKING 1025621 ON | | | | |
| 09/28/98 AT 13:14 | 200.00 | | 09/28/98 | 1,056.81 |
| CHECK # 9243 | 21.00 | | 09/28/98 | 1,035.81 |
| CHECK # 9250 | 300.00 | | 09/28/98 | 735.81 |
| CHECK # 9253 | 509.00 | | 09/28/98 | 226.81 |
| CHECK # 9254 | 534.00 | | 09/28/98 | 307.19- |
| CHECK # 9236 | 570.20 | | 09/28/98 | 877.39- |
| CHECK # 9249 | 2,623.55 | | 09/28/98 | 3,500.94- |
| DEPOSIT | | 7,500.00 | 09/29/98 | 3,999.06 |
| NSF FEE CHARGE | 72.00 | | 09/29/98 | 3,927.06 |
| CHECKING DEPOSIT CORRECTION | 20.00 | | 09/29/98 | 3,907.06 |
| CHECK # 9239 | 34.00 | | 09/29/98 | 3,873.06 |
| CHECK # 9247 | 168.00 | | 09/29/98 | 3,705.06 |
| CHECK # 9251 | 277.67 | | 09/29/98 | 3,427.39 |
| CHECK # 9242 | 286.47 | | 09/29/98 | 3,140.92 |
| CHECK # 9180 | 875.10 | | 09/29/98 | 2,265.82 |
| DEPOSIT | | 1,004.75 | 09/30/98 | 3,270.57 |
| DEPOSIT | | 2,407.97 | 09/30/98 | 5,678.54 |

* * * C O N T I N U E D * * *

**FDIC**

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

**Exhibit H**

**TWIN SILVER, INC.**
PHONE 443-2542
7900 QUAMOCLIT, P.O. BOX 418
VICTORIA, MN 55386

9039

75-1032/919

DATE 8-14

PAY TO THE ORDER OF Wayne Salden

$3700 00

Three Thousand seven hundred & no/100 DOLLARS

**VICTORIA STATE BANK**
612-443-2401
VICTORIA, MN 55383

FOR

Karen A. Lindell

⑆009039⑆ ⑈091910329⑉ 000 723 7⑆ ⑆00003 70000⑆

**Exhibit I**

**TWIN SILVER, INC.**
PHONE 443-2542
7900 QUAMOCLIT, P.O. BOX 418
VICTORIA, MN  55386

9106

75-1032/919

DATE 8/16/98

PAY TO THE ORDER OF  IDS # 0213-400 3635-5  $ 5000 °°

five thousand and 00/100  DOLLARS

**VICTORIA STATE BANK**
612-443-2481
VICTORIA, MN 55386

FOR _____

⑆009106⑆ ⑉091910329⑉ 000 723 7⑈  ⑇00005000000⑇

```
              VICTORIA STATE BANK              002 21 01    PAGE:            4
              PO BOX 35                        DATE: 10/30/98  ACCOUNT:    7237
              VICTORIA MN 55386
```

**KLEIN FINANCIAL**   A MEMBER OF

TELEPHONE:612-443-2491

TWIN SILVER, INC.

==============================================================================
                    BUSINESS CHECKING ACCOUNT 7237
==============================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| DEPOSIT | | 580.00 | 10/19/98 | 682.64- |
| DEPOSIT | | 1,650.88 | 10/19/98 | 968.24 |
| DEPOSIT | | 2,784.35 | 10/19/98 | 3,752.59 |
| NSF FEE CHARGE | 90.00 | | 10/19/98 | 3,662.59 |
| CHECK # 9343 | 31.00 | | 10/19/98 | 3,631.59 |
| CHECK # 9333 | 33.85 | | 10/19/98 | 3,597.74 |
| CHECK # 9318 | 50.00 | | 10/19/98 | 3,547.74 |
| CHECK # 9335 | 51.80 | | 10/19/98 | 3,495.94 |
| CHECK # 9317 | 127.47 | | 10/19/98 | 3,368.47 |
| CHECK # 9330 | 130.61 | | 10/19/98 | 3,237.86 |
| CHECK # 9336 | 157.23 | | 10/19/98 | 3,080.63 |
| CHECK # 9331 | 202.35 | | 10/19/98 | 2,878.28 |
| CHECK # 9342 | 394.00 | | 10/19/98 | 2,484.28 |
| CHECK | 427.50 | | 10/19/98 | 2,056.78 |
| CHECK # 9341 | 529.60 | | 10/19/98 | 1,527.18 |
| CHECK # 9344 | 689.00 | | 10/19/98 | 838.18 |
| DEPOSIT | | 1,274.60 | 10/20/98 | 2,112.78 |
| 000000 TELEBANK XFER TO REGULAR CHECKING 1025621 ON | | | | |
|   10/19/98 AT 22:31 | 200.00 | | 10/20/98 | 1,912.78 |
| AOL*SERVICE 109 8 14067756 | 26.95 | | 10/20/98 | 1,885.83 |
| IDS AMEX MPLS MN AUTH PMT 199810160160062 | | | | |
| | 1,000.00 | | 10/20/98 | 885.83 |
| CHECK # 9338 | 66.00 | | 10/20/98 | 819.83 |
| CHECK # 9339 | 73.60 | | 10/20/98 | 746.23 |
| CHECK # 9310 | 136.07 | | 10/20/98 | 610.16 |
| CHECK # 9326 | 152.40 | | 10/20/98 | 457.76 |
| CHECK # 9340 | 335.27 | | 10/20/98 | 122.49 |
| DEPOSIT | | 3,639.00 | 10/21/98 | 3,761.49 |
| TWIN SILVER / VICTORIA LIONS CLUB | | | | |
| | 1,433.00 | | 10/21/98 | 2,328.49 |
| CHECK # 9328 | 61.00 | | 10/21/98 | 2,267.49 |
| CHECK # 9323 | 83.25 | | 10/21/98 | 2,184.24 |
| CHECK # 9312 | 100.00 | | 10/21/98 | 2,084.24 |
| CHECK # 9325 | 139.00 | | 10/21/98 | 1,945.24 |
| CHECK # 9337 | 350.00 | | 10/21/98 | 1,595.24 |
| CHECK # 9361 | 378.00 | | 10/21/98 | 1,217.24 |
| CHECK # 9363 | 680.00 | | 10/21/98 | 537.24 |
| CHECK # 9353 | 851.87 | | 10/21/98 | 314.63- |
| CHECK # 9368 | 1,351.00 | | 10/21/98 | 1,665.63- |
| DEPOSIT | | 588.95 | 10/22/98 | 1,076.68- |
| RETURNED CHECK# 9328, INSUFFICIENT FUNDS | 61.00 | | 10/22/98 | 1,015.68- |
| RETURNED CHECK# 9323, INSUFFICIENT FUNDS | 83.25 | | 10/22/98 | 932.43- |
| RETURNED CHECK# 9312, INSUFFICIENT FUNDS | 100.00 | | 10/22/98 | 832.43- |
| RETURNED CHECK# 9325, INSUFFICIENT FUNDS | 139.00 | | 10/22/98 | 693.43- |
| RETURNED CHECK# 9337, INSUFFICIENT FUNDS | 350.00 | | 10/22/98 | 343.43- |

                    * * * C O N T I N U E D * * *

**FDIC**   FEDERAL DEPOSIT INSURANCE CORPORATION

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

```
                    VICTORIA STATE BANK              002 21 01       PAGE:          4
                    PO BOX 35                        DATE: 11/30/98  ACCOUNT:    7237
                    VICTORIA MN 55386
```

**KLEIN FINANCIAL**
A MEMBER OF

TELEPHONE: 612-443-2491

TWIN SILVER, INC.

=====================================================================
                BUSINESS CHECKING ACCOUNT 7237
=====================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| 000000 TELEBANK XFER TO REGULAR CHECKING 1025621 ON | | | | |
| 11/19/98 AT 04:50 | 200.00 | | 11/19/98 | 3,652.40 |
| CHECK | 220.00 | | 11/19/98 | 3,432.40 |
| CHECK # 9439 | 276.10 | | 11/19/98 | 3,156.30 |
| DEPOSIT | | 615.00 | 11/20/98 | 3,771.30 |
| DEPOSIT | | 725.03 | 11/20/98 | 4,496.33 |
| IDS AMEX MPLS MN AUTH PMT 199811180160067 | | | | |
| | 1040.00 | | 11/20/98 | 3,496.33 |
| CHECK # 9453 | 500.00 | | 11/20/98 | 2,996.33 |
| DEPOSIT | | 3,514.41 | 11/23/98 | 6,510.74 |
| CHECK # 9433 | 69.99 | | 11/23/98 | 6,440.75 |
| CHECK # 9456 | 472.20 | | 11/23/98 | 5,968.55 |
| CHECK # 9431 | 500.00 | | 11/23/98 | 5,468.55 |
| CHECK # 9451 | 1,183.00 | | 11/23/98 | 4,285.55 |
| DEPOSIT | | 699.39 | 11/24/98 | 4,984.94 |
| DEPOSIT | | 2,901.53 | 11/24/98 | 7,886.47 |
| CHECK HANDLING CHARGE | 3.00 | | 11/24/98 | 7,883.47 |
| RETURNED DEPOSIT ITEMS | 2,900.00 | | 11/24/98 | 4,983.47 |
| AOL LONG DIST LONGDISTNC 78707362 | | | | |
| | 9.57 | | 11/24/98 | 4,973.90 |
| CHECK # 9459 | 90.80 | | 11/24/98 | 4,883.10 |
| CHECK # 9461 | 157.23 | | 11/24/98 | 4,725.87 |
| CHECK # 9457 | 320.00 | | 11/24/98 | 4,405.87 |
| CHECK # 9463 | 349.40 | | 11/24/98 | 4,056.47 |
| CHECK # 9458 | 350.00 | | 11/24/98 | 3,706.47 |
| PAYMENT TO LOAN LOAN 38142 | 600.00 | | 11/24/98 | 3,106.47 |
| DEPOSIT | | 839.00 | 11/25/98 | 3,945.47 |
| DEPOSIT | | 1,120.00 | 11/25/98 | 5,065.47 |
| CHECK # 9460 | 719.55 | | 11/25/98 | 4,345.92 |
| COMBINED INS INS PREM N7971851 | 49.00 | | 11/25/98 | 4,296.92 |
| CHECK # 9442 | 35.00 | | 11/25/98 | 4,261.92 |
| CHECK # 9464 | 584.00 | | 11/25/98 | 3,677.92 |
| CHECK # 9466 | 875.10 | | 11/25/98 | 2,802.82 |
| DEPOSIT | | 2,513.60 | 11/27/98 | 5,316.42 |
| CHECK # 9470 | 28.86 | | 11/27/98 | 5,287.56 |
| CHECK | 472.35 | | 11/27/98 | 4,815.21 |
| DEPOSIT | | 3,625.00 | 11/30/98 | 8,440.21 |
| CHECK # 9472 | 558.18 | | 11/30/98 | 7,882.03 |
| SERVICE CHARGE | 53.74 | | 11/30/98 | 7,828.29 |
| BALANCE THIS STATEMENT ................................. | | | 11/30/98 | 7,828.29 |

```
    TOTAL CREDITS      (39)    53,582.65  AVERAGE BALANCE              2,086.34
    TOTAL DEBITS      (105)    46,897.84
    TAX ID NUMBER             41-1659211
                      * * * C O N T I N U E D * * *
```

**FDIC**
FEDERAL DEPOSIT INSURANCE CORPORATION

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

**TWIN SILVER, INC.**
PHONE 443-2542
7900 QUAMOCLIT, P.O. BOX 418
VICTORIA, MN  55386

9540

470006229  8093  9089  18
420005814  8374  8456  811
75-1032/919

DATE _9-11-98_

PAY TO THE ORDER OF _Wayne Salden_  $ 300°°

_three hundred dollars 6 no/___  DOLLARS

**VICTORIA STATE BANK**
612-443-2461
VICTORIA, MN 55386

FOR _____

_Karen S. Lindell_

⑈009540⑈ ⑈091910329⑈ 000 723 7⑈ ⑈0000030000⑈

Start of Loan Aug 1 1998

5,000
1,000
12,250
12,000

30,250

| | | | |
|---|---|---|---|
| | 20th Sept | Auto Draw Returned to mike | no payment |
| | 20th Oct | Auto Draw Returned to mike | no payment |
| 1 | 20th Nov | Auto Draw | 1,000 |
| 2 | 24th Dec | Check | 1,000 |
| 3 | 28th Jan | Check start 1999 | 1,000 |
| 4 | 23rd Feb | Check | 1,000 |
| 5 | 27th march | Check | 1,000 |
| 6 | 21st April | Check | 1,000 |
| | May | no payment | |
| | June | no payment | |
| | July | no payment | |
| 7 | 25th August | Check | 1,000 |
| | september | no payment | |
| | October | no payment | |
| 8 | 23rd November | | 1,000 |
| 9 | 27th December | | 1,000 |
| 10 | 20th Jan | Start 2000 Check | 1,000 |
| | Feb | no payment | |
| 11 | 21st march | check | 1,000 |
| 12 | 20th April | check | 1,000 |
| 13 | 23rd may | check | 1,000 |
| 14 | 20th June | check | 1,000 |
| 15 | July paid Aug 5th | | 1,000 |
| | August | no payment | |
| | September | no payment | |

Start of Loan Aug 1 1998

3,000
1,000
12,250
12,000

30,250

| | | | |
|---|---|---|---|
| | 20th Sept | Auto Draw Returned to mike | no payment |
| | 20th Oct | Auto Draw Returned to mike | no payment |
| 1 | 20th Nov | Auto Draw | 1,000 |
| 2 | 24th Dec | Check | 1,000 |
| 3 | 28th Jan | Check start 1999 | 1,000 |
| 4 | 23rd Feb | Check | 1,000 |
| 5 | 27th March | Check | 1,000 |
| 6 | 21st April | Check | 1,000 |
| | May | no payment | |
| | June | no payment | |
| | July | no payment | |
| 7 | 25th August | Check | 1,000 |
| | September | no payment | |
| | October | no payment | |
| 8 | 23rd November | | 1,000 |
| 9 | 27th December | | 1,000 |
| 10 | 20th Jan | Start 2000 Check | 1,000 |
| | Feb | no payment | |
| 11 | 21st March | check | 1,000 |
| 12 | 20th April | check | 1,000 |
| 13 | 23rd May | check | 1,000 |
| 14 | 20th June | check | 1,000 |
| 15 | July | paid Aug 5th | 1,000 |
| | August | no payment | |
| | September | no payment | |

October 4th        check                              500.00
October 22nd       check                              500.00
November 26th      check                              500.00
December    No payment
Jan    start 2001   no payment
Febuary     no payment
March       no payment
April       no payment
May         no payment
June        no payment
July        no payment
Aug 22nd        300.00                    300.00
Oct 24th        300.00                    300.00

Total paid so far   17,100.00

7.      If testimony is necessary, the debtors will testify to support their motion including all matters stated in the debtor's affidavit and to lay foundation for all exhibits and evidence.. Their address is 1023 Sunny ridge Drive, Carver, MN 55315. The debtor may also call an expert handwriting witness, the name of whom has not yet been determined, who will prove that the signature on the promissory note is a forgery.

        WHEREFORE, the debtors move this court to disallow the claim of Wayne Salden and for such other relief as may be just and equitable.

Dated: 9/13/05

_____
Mark L. Soule, Attorney for Debtors
816 West St. Germain   Suite 503
St. Cloud,  MN 56301     Reg. #172078
320-251-0999

FORM B10 (Official Form 10) (04/04)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA (MINNEAPOLIS)

PROOF OF CLAIM

| Name of Debtor<br>MICHAEL J LINDELL<br>KAREN A LINDELL | Case Number<br>04-41269 |
| --- | --- |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>WAYNE ALLEN SALDEN | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| --- | --- |
| Name and Address where notices should be sent:<br><br>WAYNE ALLEN SALDEN<br>15775 CO RD 43<br>CARVER MN 55315-9650 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. |
| Telephone Number: 952-361-0809 | THIS SPACE IS FOR COURT USE ONLY |

| Account or other number by which creditor identifies debtor: | Check here if ☒ replaces<br>this claim ☐ amends   a previously filed claim, dated: ? 2004 |
| --- | --- |

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☒ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
- ☐ Unpaid compensation for services performed
  from _____ to _____
       (date)       (date)

**2. Date debt was incurred:** Aug. 1st 1998

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 26,500 _____ promissory note 25,470.50
  (unsecured)   (secured)   (priority)   (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☒ Other promissory note signed

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ 25,470.50

**6. Unsecured Nonpriority Claim** $ _____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☒ Check this box if you have an unsecured priority claim

Amount entitled to priority $ 25,470.50
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Send claims to:

U.S. Bankruptcy Court
301 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

| Date<br>5/16/05 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>Wayne Allen Salden    by Allen Salk |
| --- | --- |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

For CHAPTER 7, 11 or 12 CASES filed on or after April 1, 2004

025826      23216025878015

Start Amount $30,000

Loan start August 1st. 1998

This is An agreement between Mike Lindell and Wayne Salder

Mike Lindell agrees to pay to Wayne Salder $1,000 per month on the 20th of each month till the loan is paid in full. The intrest that was agreed upon is 10%

mike Lindell
Wayne Salder

## WAYNE SALDEN
## MIKE LINDELL LOAN
## BALANCE AS OF MARCH 1, 2004

| BALANCE DUE | | |
|---|---|---|
| Principal | $19,672.80 | |
| Accumulated Interest | $5,797.70 | |
| Total Amount Due | | $25,470.50 |

The principal and accumulated interest amounts shown above are from page 3 of the attached amortization schedule.

The above amounts represent the total amount due as of March 1, 2004.

No interest has been accrued from February 21, 2004 through March 1, 2004 because the scheduled payment due date is the 20th of each month.

02/27/04  FRI 12:21 FAX 612 378 7808   STR SPEDY   @003

**WAYNE SALDEN**
**MIKE LINDELL LOAN**
**AMORTIZATION SCHEDULE**

PAGE 1 OF 3

| | | | Start Date | Amount |
|---|---|---|---|---|
| Start Date Of Loan | | | August 1, 1998 | |
| Annual Interest Rate | | | 10.00% | |
| Payments | | | $1,000.00 Per Month | |
| Payments Due | | | On The 20th of Each Month | |
| | | Event | | |
| | | Loan | 8/1/1998 | $30,250.20 |

| | | INTEREST | | | | PRINCIPAL | |
|---|---|---|---|---|---|---|---|
| Date | Actual Payment | Current Month Interest | Cumulative Interest Due | Payment Applied To Interest | Net Cumulative Interest | Payment Applied To Principal | Principal Balance |
| Loan 8/1/1998 | | | | | | | $30,250.00 |
| 1. 9/20/1998 | $0.00 | $422.67 | $422.67 | $0.00 | $422.67 | $0.00 | $30,250.00 |
| 2. 10/20/1998 | $0.00 | $248.63 | $671.30 | $0.00 | $671.30 | $0.00 | $30,250.00 |
| 3. 11/20/1998 | $1,000.00 | $256.92 | $928.22 | $928.22 | ($0.00) | $71.78 | $30,178.22 |
| 4. 12/20/1998 | $1,000.00 | $248.04 | $248.04 | $248.04 | $0.00 | $751.96 | $29,426.26 |
| Total 1998 | $2,000.00 | $1,176.26 | | $1,176.26 | | $823.74 | |
| | | | | | | | |
| 5. 1/20/1999 | $1,000.00 | $249.92 | $249.92 | $249.92 | $0.00 | $750.08 | $28,676.18 |
| 6. 2/20/1999 | $1,000.00 | $243.55 | $243.55 | $243.55 | ($0.00) | $756.45 | $27,919.73 |
| 7. 3/20/1999 | $1,000.00 | $214.18 | $214.18 | $214.18 | ($0.00) | $785.82 | $27,133.91 |
| 8. 4/20/1999 | $1,000.00 | $230.45 | $230.45 | $230.45 | $0.00 | $769.55 | $26,364.36 |
| 9. 5/20/1999 | $0.00 | $216.69 | $216.69 | $0.00 | $216.69 | $0.00 | $26,364.36 |
| 10. 6/20/1999 | $0.00 | $223.92 | $440.61 | $0.00 | $440.61 | $0.00 | $26,364.36 |
| 11. 7/20/1999 | $0.00 | $216.69 | $657.30 | $0.00 | $657.30 | $0.00 | $26,364.36 |
| 12. 8/20/1999 | $1,000.00 | $223.92 | $881.22 | $881.22 | ($0.00) | $118.78 | $26,245.58 |
| 13. 9/20/1999 | $0.00 | $222.91 | $222.91 | $0.00 | $222.91 | $0.00 | $26,245.58 |
| 14. 10/20/1999 | $0.00 | $215.72 | $438.32 | $0.00 | $438.62 | $0.00 | $26,245.58 |
| 15. 11/20/1999 | $1,000.00 | $222.91 | $661.53 | $661.53 | $0.00 | $338.47 | $25,907.11 |
| 16. 12/20/1999 | $1,000.00 | $212.94 | $212.94 | $212.94 | ($0.00) | $787.06 | $25,120.05 |
| Total 1999 | $7,000.00 | $2,693.79 | | $2,693.79 | | $4,306.21 | |

02/27/04  FRI 12:22 FAX 612 376 7670  from BANCASER sPage 34 of 44   @004

**WAYNE SALDEN**

**MIKE LINDELL LOAN**

**AMORTIZATION SCHEDULE**

PAGE 2 OF 3

| | Date | Actual Payment | INTEREST | | | | PRINCIPAL | |
|---|---|---|---|---|---|---|---|---|
| | | | Current Month Interest | Cumulative Interest Due | Payment Applied To Interest | Net Cumulative Interest | Payment Applied To Principal | Principal Balance |
| 17. | 1/20/2000 | $1,000.00 | $213.35 | $213.35 | $213.35 | ($0.00) | $786.65 | $24,333.40 |
| 18. | 2/20/2000 | $0.00 | $206.67 | $206.67 | $0.00 | $206.67 | $0.00 | $24,333.40 |
| 19. | 3/20/2000 | $1,000.00 | $193.33 | $400.00 | $400.00 | $0.00 | $600.00 | $23,733.40 |
| 20. | 4/20/2000 | $1,000.00 | $201.57 | $201.57 | $201.57 | $0.00 | $798.43 | $22,934.97 |
| 21. | 5/20/2000 | $1,000.00 | $188.51 | $188.51 | $188.51 | $0.00 | $811.49 | $22,123.48 |
| 22. | 6/20/2000 | $1,000.00 | $187.90 | $187.90 | $187.90 | ($0.00) | $812.10 | $21,311.38 |
| 23. | 7/20/2000 | $1,000.00 | $175.16 | $175.16 | $175.16 | $0.00 | $824.84 | $20,486.54 |
| 24. | 8/20/2000 | $0.00 | $174.00 | $174.00 | $0.00 | $174.00 | $0.00 | $20,486.54 |
| 25. | 9/20/2000 | $0.00 | $347.99 | $347.99 | $0.00 | $347.99 | $0.00 | $20,486.54 |
| 26. | 10/20/2000 | $1,000.00 | $168.38 | $516.37 | $516.37 | $0.00 | $483.63 | $20,002.91 |
| 27. | 11/20/2000 | $500.00 | $169.89 | $169.89 | $169.89 | ($0.00) | $330.11 | $19,672.80 |
| 28. | 12/20/2000 | $0.00 | $161.69 | $161.69 | $0.00 | $161.69 | $0.00 | $19,672.80 |
| | Total 2000 | $7,500.00 | $2,214.44 | | $2,052.75 | | $5,447.25 | |
| 29. | 1/20/2001 | $0.00 | $167.08 | $328.78 | $0.00 | $328.78 | $0.00 | $19,672.80 |
| 30. | 2/20/2001 | $0.00 | $167.08 | $495.86 | $0.00 | $495.86 | $0.00 | $19,672.80 |
| 31. | 3/20/2001 | $0.00 | $150.91 | $646.78 | $0.00 | $646.78 | $0.00 | $19,672.80 |
| 32. | 4/20/2001 | $0.00 | $167.08 | $813.86 | $0.00 | $813.86 | $0.00 | $19,672.80 |
| 33. | 5/20/2001 | $0.00 | $161.69 | $975.56 | $0.00 | $975.56 | $0.00 | $19,672.80 |
| 34. | 6/20/2001 | $0.00 | $167.08 | $1,142.64 | $0.00 | $1,142.64 | $0.00 | $19,672.80 |
| 35. | 7/20/2001 | $0.00 | $161.69 | $1,304.33 | $0.00 | $1,304.33 | $0.00 | $19,672.80 |
| 36. | 8/20/2001 | $300.00 | $167.08 | $1,471.42 | $300.00 | $1,171.42 | $0.00 | $19,672.80 |
| 37. | 9/20/2001 | $0.00 | $167.08 | $1,338.50 | $0.00 | $1,338.50 | $0.00 | $19,672.80 |
| 38. | 10/20/2001 | $300.00 | $167.08 | $1,500.20 | $300.00 | $1,200.20 | $0.00 | $19,672.80 |
| 39. | 11/20/2001 | $0.00 | $167.08 | $1,367.28 | $0.00 | $1,367.28 | $0.00 | $19,672.80 |
| 40. | 12/20/2001 | $0.00 | $161.69 | $1,528.97 | $0.00 | $1,528.97 | $0.00 | $19,672.80 |
| | Total 2001 | $600.00 | $1,967.28 | | $600.00 | | $0.00 | |

02/27/04  FRI 12:22 FAX 612 376 7670   BANCAP sfaa    ☎004

WAYNE SALDEN
MIKE LINDELL LOAN
AMORTIZATION SCHEDULE

PAGE 2 OF 3

| | Date | Actual Payment | INTEREST Current Month Interest | Cumulative Interest Due | Payment Applied To Interest | Net Cumulative Interest | PRINCIPAL Payment Applied To Principal | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 17. | 1/20/2000 | $1,000.00 | $213.35 | $213.35 | $213.35 | ($0.00) | $786.65 | $24,333.40 |
| 18. | 2/20/2000 | $0.00 | $206.67 | $206.67 | $0.00 | $206.67 | $0.00 | $24,333.40 |
| 19. | 3/20/2000 | $1,000.00 | $193.33 | $400.00 | $400.00 | $0.00 | $600.00 | $23,733.40 |
| 20. | 4/20/2000 | $1,000.00 | $201.57 | $201.57 | $201.57 | $0.00 | $798.43 | $22,934.97 |
| 21. | 5/20/2000 | $1,000.00 | $188.51 | $188.51 | $188.51 | $0.00 | $811.49 | $22,123.48 |
| 22. | 6/20/2000 | $1,000.00 | $187.90 | $187.90 | $187.90 | ($0.00) | $812.10 | $21,311.38 |
| 23. | 7/20/2000 | $1,000.00 | $175.16 | $175.16 | $175.16 | $0.00 | $824.84 | $20,486.54 |
| 24. | 8/20/2000 | $0.00 | $174.00 | $174.00 | $0.00 | $174.00 | $0.00 | $20,486.54 |
| 25. | 9/20/2000 | $0.00 | $174.00 | $347.99 | $0.00 | $347.99 | $0.00 | $20,486.54 |
| 26. | 10/20/2000 | $1,000.00 | $168.38 | $516.37 | $516.37 | $0.00 | $483.63 | $20,002.91 |
| 27. | 11/20/2000 | $500.00 | $169.89 | $169.89 | $169.89 | ($0.00) | $330.11 | $19,672.80 |
| 28. | 12/20/2000 | $0.00 | $161.69 | $161.69 | $0.00 | $161.69 | $0.00 | $19,672.80 |
| | Total 2000 | $7,500.00 | $2,214.44 | | $2,052.75 | | $5,447.25 | |
| | | | | | | | | |
| 29. | 1/20/2001 | $0.00 | $167.08 | $328.78 | $0.00 | $328.78 | $0.00 | $19,672.80 |
| 30. | 2/20/2001 | $0.00 | $167.08 | $495.86 | $0.00 | $495.86 | $0.00 | $19,672.80 |
| 31. | 3/20/2001 | $0.00 | $150.91 | $646.78 | $0.00 | $646.78 | $0.00 | $19,672.80 |
| 32. | 4/20/2001 | $0.00 | $167.08 | $813.86 | $0.00 | $813.86 | $0.00 | $19,672.80 |
| 33. | 5/20/2001 | $0.00 | $161.69 | $975.56 | $0.00 | $975.56 | $0.00 | $19,672.80 |
| 34. | 6/20/2001 | $0.00 | $167.08 | $1,142.64 | $0.00 | $1,142.64 | $0.00 | $19,672.80 |
| 35. | 7/20/2001 | $0.00 | $161.69 | $1,304.33 | $0.00 | $1,304.33 | $0.00 | $19,672.80 |
| 36. | 8/20/2001 | $300.00 | $167.08 | $1,471.42 | $300.00 | $1,171.42 | $0.00 | $19,672.80 |
| 37. | 9/20/2001 | $0.00 | $167.08 | $1,338.50 | $0.00 | $1,338.50 | $0.00 | $19,672.80 |
| 38. | 10/20/2001 | $300.00 | $161.69 | $1,500.20 | $300.00 | $1,200.20 | $0.00 | $19,672.80 |
| 39. | 11/20/2001 | $0.00 | $167.08 | $1,367.28 | $0.00 | $1,367.28 | $0.00 | $19,672.80 |
| 40. | 12/20/2001 | $0.00 | $161.69 | $1,528.97 | $0.00 | $1,528.97 | $0.00 | $19,672.80 |
| | Total 2001 | $600.00 | $1,967.28 | | $600.00 | | $0.00 | |

02/27/04  FRI 12:24 FAX 612 376 7879        SIR SPEEDY        ☒005

**WAYNE SALDEN**
**MIKE LINDELL LOAN**
**AMORTIZATION SCHEDULE**

PAGE 3 OF 3

| | Date | Actual Payment | Current Month Interest | INTEREST Cumulative Interest Due | Payment Applied To Interest | Net Cumulative Interest | PRINCIPAL Payment Applied To Principal | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 41. | 1/20/2002 | $0.00 | $167.08 | $1,696.06 | $0.00 | $1,696.06 | $0.00 | $19,672.80 |
| 42. | 2/20/2002 | $0.00 | $167.08 | $1,863.14 | $0.00 | $1,863.14 | $0.00 | $19,672.80 |
| 43. | 3/20/2002 | $0.00 | $150.91 | $2,014.06 | $0.00 | $2,014.06 | $0.00 | $19,672.80 |
| 44. | 4/20/2002 | $0.00 | $167.08 | $2,181.14 | $0.00 | $2,181.14 | $0.00 | $19,672.80 |
| 45. | 5/20/2002 | $0.00 | $161.69 | $2,342.84 | $0.00 | $2,342.84 | $0.00 | $19,672.80 |
| 46. | 6/20/2002 | $0.00 | $167.08 | $2,509.92 | $0.00 | $2,509.92 | $0.00 | $19,672.80 |
| 47. | 7/20/2002 | $0.00 | $161.69 | $2,671.61 | $0.00 | $2,671.61 | $0.00 | $19,672.80 |
| 48. | 8/20/2002 | $0.00 | $167.08 | $2,838.70 | $0.00 | $2,838.70 | $0.00 | $19,672.80 |
| 49. | 9/20/2002 | $0.00 | $167.08 | $3,005.78 | $0.00 | $3,005.78 | $0.00 | $19,672.80 |
| 50. | 10/20/2002 | $0.00 | $161.69 | $3,167.48 | $0.00 | $3,167.48 | $0.00 | $19,672.80 |
| 51. | 11/20/2002 | $0.00 | $167.08 | $3,334.56 | $0.00 | $3,334.56 | $0.00 | $19,672.80 |
| 52. | 12/20/2002 | $0.00 | $161.69 | $3,496.25 | $0.00 | $3,496.25 | $0.00 | $19,672.80 |
| | Total 2002 | $0.00 | $1,967.28 | | $0.00 | $0.00 | $0.00 | |
| 53. | 1/20/2003 | $0.00 | $167.08 | $3,663.34 | $0.00 | $3,663.34 | $0.00 | $19,672.80 |
| 54. | 2/20/2003 | $0.00 | $167.08 | $3,830.42 | $0.00 | $3,830.42 | $0.00 | $19,672.80 |
| 55. | 3/20/2003 | $0.00 | $150.91 | $3,981.34 | $0.00 | $3,981.34 | $0.00 | $19,672.80 |
| 56. | 4/20/2003 | $0.00 | $167.08 | $4,148.42 | $0.00 | $4,148.42 | $0.00 | $19,672.80 |
| 57. | 5/20/2003 | $0.00 | $161.69 | $4,310.12 | $0.00 | $4,310.12 | $0.00 | $19,672.80 |
| 58. | 6/20/2003 | $0.00 | $167.08 | $4,477.20 | $0.00 | $4,477.20 | $0.00 | $19,672.80 |
| 59. | 7/20/2003 | $0.00 | $161.69 | $4,638.89 | $0.00 | $4,638.89 | $0.00 | $19,672.80 |
| 60. | 8/20/2003 | $0.00 | $167.08 | $4,805.98 | $0.00 | $4,805.98 | $0.00 | $19,672.80 |
| 61. | 9/20/2003 | $0.00 | $167.08 | $4,973.06 | $0.00 | $4,973.06 | $0.00 | $19,672.80 |
| 62. | 10/20/2003 | $0.00 | $161.69 | $5,134.76 | $0.00 | $5,134.76 | $0.00 | $19,672.80 |
| 63. | 11/20/2003 | $0.00 | $167.08 | $5,301.84 | $0.00 | $5,301.84 | $0.00 | $19,672.80 |
| 64. | 12/20/2003 | $0.00 | $161.69 | $5,463.53 | $0.00 | $5,463.53 | $0.00 | $19,672.80 |
| | Total 2003 | $0.00 | $1,967.28 | | $0.00 | $0.00 | $0.00 | |
| 65. | 1/20/2004 | $0.00 | $167.08 | $5,630.62 | $0.00 | $5,630.62 | $0.00 | $19,672.80 |
| 66. | 2/20/2004 | $0.00 | $167.08 | $5,797.70 | $0.00 | $5,797.70 | $0.00 | $19,672.80 |
| | Total 2004 | $0.00 | $334.17 | | $0.00 | $0.00 | $0.00 | |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Michael J. Lindell
Karen A. Lindell

**SIGNATURE DECLARATION**

Debtor(s).

Case No. __04-41269__

___ PETITION, SCHEDULES & STATEMENTS
___ CHAPTER 13 PLAN
___ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
___ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
___ MODIFIED CHAPTER 13 PLAN
_X_ OTHER (Please describe:__Objection to Claim of Wayne Salden, Affidavit of Michael Lindell__

I [We], the undersigned debtor(s) or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- **[individual debtors only]** If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: _9/5/05_

X _____
Signature of Debtor or Authorized Representative

Michael J. Lindell
_____
Printed Name of Debtor or Authorized Representative

X _____
Signature of Joint Debtor

Karen A. Lindell
_____
Printed Name of Joint Debtor

Form ERS 1 (Rev. 10/03)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

_____

In re:                                                  BKY No.: 04-41269
                                                        Chapter 7
Michael J. Lindell and
Karen A. Lindell,
                    Debtors.

_____

## MEMORANDUM OF LAW

_____

## INTRODUCTION

_____

Debtors submit this Memorandum of Law in support of their motion objecting to the

claim of Wayne Salden in the amount of $25,470.50. The Trustee has collected enough from

preferential payments and fraudulent transfers to pay all claims in full. Mr. Salden was repaid in

full between 1998 and 2001 and he has no valid claim.

## FACTS

Claimant and debtor Michael Lindell have known each other since 1972 when they were

in 7th grade and have been friends most of their lives. In 1989 Mr. Salden married debtor's sister

and they have a son together (they are since divorced). Debtors have a son about the same age as

claimant's son, and they are best friends and cousins and they are back and forth between each

others houses weekly (daily during the summer). The parties live only about two miles apart and

they have hunted and fished together most of their adult life until just the past few years.

In addition to their personal relationship, they have owned bars and restaurants together in Carver County, Minnesota for many years and were partners on two bars prior to Mr. Salden's first car accident in 1997. They both know the same people both personally and professionally.

In October 1997 Mr. Salden fell off the hood of a car at their bar in Carver County and suffered severe head injuries (he was in a coma for two weeks). It took a long time for Mr. Salden to recover. The parties sold their bar shortly after the accident. In the spring/summer of 1998 Mr. Salden received a settlement of $30,000.00 from the car owner's insurance company. These are the funds which are the subject matter of the loans between Mr. Salden and the debtor. At the time of the loans they did not own any bars together and the loans were for personal reasons.

Mr. Salden's claim is for $25,470.50. As proof he attaches a promissory note (undated) for $30,000.00 at 10% interest requiring payment of $1000.00 per month. The note is between Mike Lindell and Wayne Salden in Mr. Salden's handwriting. Also attached is a multipage amortization schedule showing interest and payments and a final balance.

Shortly after this bankruptcy was filed in early 2004, Mr. Salden commenced a Section 727 Adversary Proceeding against debtors. . Through formal discovery Mr. Salden provided a list of payments he received from the debtor in Mr. Salden's handwriting (Exhibit "L"). Mr. Salden maintained his list was kept month to month as he received the payments starting in 1998 and ending in late 2001. Mr. Salden admits he received payments of $17,100.00 from the debtor. At Mr. Salden's deposition in September 2004 Mr. Salden produced the original of this list still in the spiral notebook he allegedly kept track of these payments in since 1998. During the deposition, under oath it was determined and admitted to by Mr. Salden that the spiral notebook was published in 2001 so his list was a forgery. Also all of the entries on the list were made in

2

the same color ink with the same pen. After this obvious forgery was established, Mr. Salden delivered another allegedly "original list of payments" to his attorney the next day that was identical in every respect except he altered the ink colors to make it look more authentic (i.e. to make it appear that it was kept over a several year period). Mr. Salden forged both lists and he also forged the promissory note which clearly came out of the same spiral notebook. Mr. Salden never kept tract of the payments he received and the parties never agreed to a 10% interest loan.

The debtor has produced checks and bank statements show payments to Mr. Salden between 1998 and late 2001 which repaid Mr. Salden far more than what were loaned. These amounts are set forth in the debtor's Affidavit and Exhibits.

Claimant's undated promissory note for $30,000.00 at 10% interest is a forgery. Claimant signed the debtor's name without the debtor's permission. This is really the second forgery. The first forgery had Debtor's name signed as Mike Lindell. After the debtor pointed out that he has always signed his name as "Michael J. Lindell" Mr. Salden prepared a new forgery (Exhibit M). The forgery is clearly in Claimant's handwriting. He signed "Lindell" with a small "l" rather than a capital "L"; he tailed off the last "l" and his "l" look exactly like the "l" in "Salden". Also, the promissory note is written on a spiral notebook which looks like the same spiral notebook the summary of payments is written in (and was published in 2001).

Notwithstanding the forged promissory note, Claimant is simply wrong about the amount of the loans and the amount of the repayments. After Claimant received his $30,000.00 in 1998, the parties opened a joint IDS account (Exhibit A). Claimant over drafted this account by December 1998 and the account was closed. Claimant borrowed the debtor $46,000.00 between May 1998 and September 22, 1998. The debtor repaid most of the loan by December 1998 and the balance over the next few years. During 2001 Claimant kept demanding more money from

the debtor even though the loan had been repaid and to keep Claimant happy the debtor overpaid

Claimant by $4633.60 and gave him a boat, motor and trailer in December 2001 worth $3500.00.

The debtor never agreed to pay interest and did not execute a promissory note.

During the past couple of years Claimant has contacted about six different attorneys to

sue the debtor for one reason or another. Claimant alleged that the debtor bounced a check for

$57.00 and failed to pay a disability premium in 1997 and wanted to sue Mr. Lindell for lack of

disability coverage. After reviewing several years of bank records it was determined there was

never any such check ever written. The debtor never heard back from that attorney.


## ARGUMENT
## CLAIMANT HAS NO CLAIM AGAINST DEBTOR AND HIS CLAIM SHOULD BE DENIED.


The issue in this case boils down to whether Mr. Salden has a claim against the Debtor

and should be paid with property of the estate. According to Mr. Salden's claim, the debtor owes

him $25.470.50 for a $30,000.00 loan made in 1998 with 10% annual simple interest. Exhibit Q

is an amortization schedule prepared by Plaintiff that calculates the interest and payments.

Under Minn. Stat. Section 334.01 interest on a legal indebtedness shall be at the rate of

$6 upon $100 for a year (6%) unless a different rate is contracted for in writing. The maximum

amount that may be contracted for is $8 on $100 (8%). There are numerous exceptions to this

statute for mortgages and lending institutions but none of the exceptions apply between two

individuals on a personal loan.

Mr. Salden's promissory note he seeks to enforce in this case is clearly a violation of

Minn. Stat. Section 334.01 since it calls for 10% interest. Under Minn. Stat. Section 334.03 a

usurious contract is void. Minn. Stat. Section 334.05 bestows upon court the power to invalidate

a usurious contract which reads as follows:

### 334.05 Usurious contracts; cancellation.

When it satisfactorily appears to a court that any bond, bill, note, assurance, pledge, conveyance, contract, security, or evidence of debt is void under the provisions of this chapter it shall declare the same to be void, enjoin any proceeding thereon, and order it to be canceled and given up.

Since claimant's promissory note is usurious and therefore void, he has no claim against the

debtor and the estate and he is not a creditor within the meaning of 11 U.S.C. Section 727(c) (1).

In addition to the void promissory note, the debtor has provided prima fascia evidence

that the entire loan was repaid by the end of 2001. It is therefore incumbent upon Mr. Salden to

show not only that the promissory note is not usurious and thus void, but that the debtor has not

repaid the entire loan. Mr. Salden cannot possibly show a claim in this case...

Dated:  9/13/05                                     /e/ Mark L. Soule
                                                    Mark L. Soule #172078
                                                    Attorney at Law
                                                    816 West St. Germain St. #503
                                                    St. Cloud, MN 56301
                                                    320-251-0999

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In Re:

    **Michael J. Lindell**
    **Karen A. Lindell**

    **Debtors,**                   **BKY NO: 04-41269**

### <u>CERTIFICATE OF SERVICE</u>

    I, Mark L. Soule, attorney for the above-named debtor(s), hereby certify that on the 16th day of September 2005 I served by first class mail the following documents:

Notice of  Hearing and Motion Objecting to the Claim of Wayne Salden, Affidavit of Defendant Michael J. Lindell, Exhbitis, Memorandum of Law, Order upon the following:

| | | |
|---|---|---|
| Dwight Lindquist | US Trustee | Wayne Salden |
| Chapter 7 Trustee | 1015 US Courthouse | 15775 Co. Rd. 43 |
| 1510 Rand Tower | 300 So. 4th Street | Carver, MN 55315 |
| 527 Marquette Avenue | Minneapolis, MN 55415 | |
| Minneapolis, MN 55402 | | |

    I declare under penalty of perjury that the foregoing is true and correct:

Dated:   9/16/05                             _/e/Mark L. Soule_____

                                       Mark L. Soule      Reg. No. 172078
                                       Attorney at Law
                                       816 West St. Germain
                                       St. Cloud, MN 56301
                                       (320)-251-0999

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

**Michael J. Lindell and**                                  **BKY No.:  04-41269**
**Karen A. Lindell, asf**
**Twin Silver Inc.,**

**Debtor.**

**ORDER**

The above entitled matter came on before this court on the 26th day of October 2005. The above debtors brough a motion objecting to the claim of Wayne Salden (Claim number 4 amending claim number 2).

Based upon the evidence submitted and arguments of counsel,

IT IS HEREBY ORDERED:

That the claim of Wayne Salden is denied.

Dated:_____                    _____
                                                  Robert J. Kressel
                                                  United States Bankruptcy Judge