RECEIVED
OCT 19 PM 1:06
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

U.S. Bankruptcy Court

I am responding to a claim I have regarding BKY No. 04-41269 RJK. I am owed and have made a proof of claim to your court.

Mike and Karen Lindell have contested there det to me. I would like a court date to prove I have given them money and have not been paid back. I have inclosed a copy of promisory note and payment history. I do have a real claim. I would like the chance to prove it. Please give me a chance to do this.

Billance as of March 1st 2004 is 25,470.00

Thank you very much    Wayne Salden

Wy Salden

20-1

Start Amount $30,000

RECEIVED

OCT 19 PM 1:06

U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

Loan start August 1st 1998

This is An agreement between Mike Lindell and Wayne Salden

Mike Lindell agrees to pay to Wayne Salden $1,000 per month on the 20th of each month till the loan is paid in full. The intrest that was agreed upon is 10%

Mike Lindell
Wayne Salden

*[signatures: Michael J Lindell, Wayne Salden]*

02/27/04 FRI 12:20 FAX 612 376 7677  SIR SPEEDY  ☒002

RECEIVED

2005 OCT 19 PM 1:06

US BANKRUPTCY COURT
MINNEAPOLIS MN

| WAYNE SALDEN | | |
|---|---|---|
| MIKE LINDELL LOAN | | |
| BALANCE AS OF MARCH 1, 2004 | | |
| | | |
| BALANCE DUE | | |
| Principal | $19,672.80 | |
| Accumulated Interest | $5,797.70 | |
| Total Amount Due | | $25,470.50 |
| | | |
| The principal and accumulated interest amounts shown above are from page 3 of the attached amortization schedule. | | |
| The above amounts represent the total amount due as of March 1, 2004. | | |
| No interest has been accrued from February 21, 2004 through March 1, 2004 because the scheduled payment due date is the 20th of each month. | | |

WAYNE SAIDEN
MIKE LINDELL LOAN
AMORTIZATION SCHEDULE

PAGE 1 OF 3

| Loan | | | | |
|---|---|---|---|---|
| Event | | Start Date | Amount | |
| | | 8/1/1998 | $30,250.00 | |

| Payments Due | On The 20th of Each Month |
| Payments | $1,000.00 Per Month |
| Annual Interest Rate | 10.00% |
| Start Date Of Loan | August 1, 1998 |

| | Date | Actual Payment | INTEREST | | | | PRINCIPAL | |
|---|---|---|---|---|---|---|---|---|
| | | | Current Month Interest | Cumulative Interest Due | Payment Applied To Interest | Net Cumulative Interest | Payment Applied To Principal | Principal Balance |
| 1. | 9/20/1998 | $0.00 | $422.67 | $422.67 | $0.00 | $422.67 | $0.00 | $30,250.00 |
| 2. | 10/20/1998 | $0.00 | $248.63 | $671.30 | $0.00 | $671.30 | $0.00 | $30,250.00 |
| 3. | 11/20/1998 | $1,000.00 | $256.92 | $928.22 | $928.22 | ($0.00) | $71.78 | $30,178.22 |
| 4. | 12/20/1998 | $1,000.00 | $248.04 | $248.04 | $248.04 | $0.00 | $751.96 | $29,426.26 |
| | Total 1998 | $2,000.00 | $1,176.26 | | $1,176.26 | | $823.74 | |
| 5. | 1/20/1999 | $1,000.00 | $249.92 | $249.92 | $249.92 | $0.00 | $750.08 | $28,676.18 |
| 6. | 2/20/1999 | $1,000.00 | $243.55 | $243.55 | $243.55 | $0.00 | $756.45 | $27,919.73 |
| 7. | 3/20/1999 | $1,000.00 | $214.18 | $214.18 | $214.18 | ($0.00) | $785.82 | $27,133.91 |
| 8. | 4/20/1999 | $1,000.00 | $230.45 | $230.45 | $230.45 | $0.00 | $769.55 | $26,364.36 |
| 9. | 5/20/1999 | $0.00 | $216.69 | $216.69 | $0.00 | $216.69 | $0.00 | $26,364.36 |
| 10. | 6/20/1999 | $0.00 | $223.92 | $440.61 | $0.00 | $440.61 | $0.00 | $26,364.36 |
| 11. | 7/20/1999 | $0.00 | $216.69 | $657.30 | $0.00 | $657.30 | $0.00 | $26,364.36 |
| 12. | 8/20/1999 | $1,000.00 | $223.92 | $881.22 | $881.22 | ($0.00) | $118.78 | $26,245.58 |
| 13. | 9/20/1999 | $0.00 | $222.91 | $222.91 | $0.00 | $222.91 | $0.00 | $26,245.58 |
| 14. | 10/20/1999 | $1,000.00 | $215.72 | $438.62 | $438.62 | $0.00 | $338.47 | $25,907.11 |
| 15. | 11/20/1999 | $1,000.00 | $222.91 | $661.53 | $661.53 | $0.00 | $787.06 | $25,120.05 |
| 16. | 12/20/1999 | $1,000.00 | $212.94 | $212.94 | $212.94 | ($0.00) | | |
| | Total 1999 | $7,000.00 | $2,693.79 | | $2,693.79 | | $4,306.21 | |

## WAYNE SALDEN
## MIKE LINDELL LOAN
## AMORTIZATION SCHEDULE

PAGE 2 OF 3

| | Date | Actual Payment | INTEREST | | | | PRINCIPAL | |
| | | | Current Month Interest | Cumulative Interest Due | Payment Applied To Interest | Net Cumulative Interest | Payment Applied To Principal | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 17. | 1/20/2000 | $1,000.00 | $213.35 | $213.35 | $213.35 | ($0.00) | $786.65 | $24,333.40 |
| 18. | 2/20/2000 | $0.00 | $206.67 | $206.67 | $0.00 | $206.67 | $0.00 | $24,333.40 |
| 19. | 3/20/2000 | $1,000.00 | $193.33 | $400.00 | $400.00 | $0.00 | $600.00 | $23,733.40 |
| 20. | 4/20/2000 | $1,000.00 | $201.57 | $201.57 | $201.57 | $0.00 | $798.43 | $22,934.97 |
| 21. | 5/20/2000 | $1,000.00 | $188.51 | $188.51 | $188.51 | ($0.00) | $811.49 | $22,123.48 |
| 22. | 6/20/2000 | $1,000.00 | $187.90 | $187.90 | $187.90 | ($0.00) | $812.10 | $21,311.38 |
| 23. | 7/20/2000 | $1,000.00 | $175.16 | $175.16 | $175.16 | $0.00 | $824.84 | $20,486.54 |
| 24. | 8/20/2000 | $0.00 | $174.00 | $174.00 | $0.00 | $174.00 | $0.00 | $20,486.54 |
| 25. | 9/20/2000 | $0.00 | $347.99 | $347.99 | $0.00 | $347.99 | $0.00 | $20,486.54 |
| 26. | 10/20/2000 | $1,000.00 | $168.38 | $516.37 | $516.37 | $0.00 | $483.63 | $20,002.91 |
| 27. | 11/20/2000 | $500.00 | $169.89 | $169.89 | $169.89 | ($0.00) | $330.11 | $19,672.80 |
| 28. | 12/20/2000 | $0.00 | $181.69 | $161.69 | $0.00 | $161.69 | $0.00 | $19,672.80 |
| | Total 2000 | $7,500.00 | $2,214.44 | | $2,052.75 | | $5,447.25 | |
| 29. | 1/20/2001 | $0.00 | $167.08 | $328.78 | $0.00 | $328.78 | $0.00 | $19,672.80 |
| 30. | 2/20/2001 | $0.00 | $167.08 | $495.86 | $0.00 | $495.86 | $0.00 | $19,672.80 |
| 31. | 3/20/2001 | $0.00 | $150.91 | $646.78 | $0.00 | $646.78 | $0.00 | $19,672.80 |
| 32. | 4/20/2001 | $0.00 | $167.08 | $813.86 | $0.00 | $813.86 | $0.00 | $19,672.80 |
| 33. | 5/20/2001 | $0.00 | $161.69 | $975.56 | $0.00 | $975.56 | $0.00 | $19,672.80 |
| 34. | 6/20/2001 | $0.00 | $167.08 | $1,142.64 | $0.00 | $1,142.64 | $0.00 | $19,672.80 |
| 35. | 7/20/2001 | $0.00 | $161.69 | $1,304.33 | $0.00 | $1,304.33 | $0.00 | $19,672.80 |
| 36. | 8/20/2001 | $300.00 | $167.08 | $1,471.42 | $300.00 | $1,171.42 | $0.00 | $19,672.80 |
| 37. | 9/20/2001 | $0.00 | $167.08 | $1,338.50 | $0.00 | $1,338.50 | $0.00 | $19,672.80 |
| 38. | 10/20/2001 | $300.00 | $161.69 | $1,500.20 | $300.00 | $1,200.20 | $0.00 | $19,672.80 |
| 39. | 11/20/2001 | $0.00 | $167.08 | $1,367.28 | $0.00 | $1,367.28 | $0.00 | $19,672.80 |
| 40. | 12/20/2001 | $600.00 | $161.69 | $1,528.97 | $0.00 | $1,528.97 | $0.00 | $19,672.80 |
| | Total 2001 | $600.00 | $1,967.28 | | $600.00 | | $0.00 | |

02/27/04 FRI 12:22 FAX 612 376 7677   SIR SPEEDY   ☒004

WAYNE SALDEN
MIKE LINDELL LOAN
AMORTIZATION SCHEDULE

PAGE 3 OF 3

| | Date | Actual Payment | Current Month Interest | Cumulative Interest Due | INTEREST Payment Applied To Interest | Net Cumulative Interest | PRINCIPAL Payment Applied To Principal | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 41. | 1/20/2002 | $0.00 | $167.08 | $1,696.06 | $0.00 | $1,696.06 | $0.00 | $19,672.80 |
| 42. | 2/20/2002 | $0.00 | $167.08 | $1,863.14 | $0.00 | $1,863.14 | $0.00 | $19,672.80 |
| 43. | 3/20/2002 | $0.00 | $150.91 | $2,014.06 | $0.00 | $2,014.06 | $0.00 | $19,672.80 |
| 44. | 4/20/2002 | $0.00 | $167.08 | $2,181.14 | $0.00 | $2,181.14 | $0.00 | $19,672.80 |
| 45. | 5/20/2002 | $0.00 | $161.69 | $2,342.84 | $0.00 | $2,342.84 | $0.00 | $19,672.80 |
| 46. | 6/20/2002 | $0.00 | $167.08 | $2,509.92 | $0.00 | $2,509.92 | $0.00 | $19,672.80 |
| 47. | 7/20/2002 | $0.00 | $161.69 | $2,671.61 | $0.00 | $2,671.61 | $0.00 | $19,672.80 |
| 48. | 8/20/2002 | $0.00 | $167.08 | $2,838.70 | $0.00 | $2,838.70 | $0.00 | $19,672.80 |
| 49. | 9/20/2002 | $0.00 | $167.08 | $3,005.78 | $0.00 | $3,005.78 | $0.00 | $19,672.80 |
| 50. | 10/20/2002 | $0.00 | $161.69 | $3,167.48 | $0.00 | $3,167.48 | $0.00 | $19,672.80 |
| 51. | 11/20/2002 | $0.00 | $167.08 | $3,334.56 | $0.00 | $3,334.56 | $0.00 | $19,672.80 |
| 52. | 12/20/2002 | $0.00 | $161.69 | $3,496.25 | $0.00 | $3,496.25 | $0.00 | $19,672.80 |
| | Total 2002 | $0.00 | $1,967.28 | | $0.00 | | | |
| 53. | 1/20/2003 | $0.00 | $167.08 | $3,663.34 | $0.00 | $3,663.34 | $0.00 | $19,672.80 |
| 54. | 2/20/2003 | $0.00 | $167.08 | $3,830.42 | $0.00 | $3,830.42 | $0.00 | $19,672.80 |
| 55. | 3/20/2003 | $0.00 | $150.91 | $3,981.34 | $0.00 | $3,981.34 | $0.00 | $19,672.80 |
| 56. | 4/20/2003 | $0.00 | $167.08 | $4,148.42 | $0.00 | $4,148.42 | $0.00 | $19,672.80 |
| 57. | 5/20/2003 | $0.00 | $161.69 | $4,310.12 | $0.00 | $4,310.12 | $0.00 | $19,672.80 |
| 58. | 6/20/2003 | $0.00 | $167.08 | $4,477.20 | $0.00 | $4,477.20 | $0.00 | $19,672.80 |
| 59. | 7/20/2003 | $0.00 | $161.69 | $4,638.89 | $0.00 | $4,638.89 | $0.00 | $19,672.80 |
| 60. | 8/20/2003 | $0.00 | $167.08 | $4,805.98 | $0.00 | $4,805.98 | $0.00 | $19,672.80 |
| 61. | 9/20/2003 | $0.00 | $167.08 | $4,973.06 | $0.00 | $4,973.06 | $0.00 | $19,672.80 |
| 62. | 10/20/2003 | $0.00 | $161.69 | $5,134.76 | $0.00 | $5,134.76 | $0.00 | $19,672.80 |
| 63. | 11/20/2003 | $0.00 | $167.08 | $5,301.84 | $0.00 | $5,301.84 | $0.00 | $19,672.80 |
| 64. | 12/20/2003 | $0.00 | $161.69 | $5,463.53 | $0.00 | $5,463.53 | $0.00 | $19,672.80 |
| | Total 2003 | $0.00 | $1,967.28 | | $0.00 | | | |
| 65. | 1/20/2004 | $0.00 | $167.08 | $5,630.62 | $0.00 | $5,630.62 | $0.00 | $19,672.80 |
| 66. | 2/20/2004 | $0.00 | $167.08 | $5,797.70 | $0.00 | $5,797.70 | $0.00 | $19,672.80 |
| | Total 2004 | $0.00 | $334.17 | | $0.00 | | | |

02/27/04 FRI 12:24 FAX 612 376 7677   SIR SPEEDY   ☒005