MN - 303
(Rev'd 1/03)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| LINDELL, MICHAEL J. | CASE NO. 04-41269  RJK |
| LINDELL, KAREN A. | |
| | **NOTICE OF TRUSTEE'S** |
| | **FINAL REPORT** |
| Debtor(s) | |

TO: All creditors and other parties in interest.

NOTICE IS GIVEN that the trustee has filed a Final Report dated November 9, 2006, reporting total receipts of $91,036.63, and total disbursements paid, or to be paid, as follows:

| | |
|---|---|
| $       2,593.51 | Payments for liens or other interests in property, if any |
| $      80,263.28 | Chapter 7 administrative expenses |
| $           0.00 | Chapter 11, 12, or 13 administrative expenses, if any |
| $       6,059.78 | Priority unsecured claims, which total $6,059.78 |
| $       2,120.06 | Nonpriority unsecured claims, which total $111,378.08 |

NOTICE IS FURTHER GIVEN that estate funds may remain in the estate's interest-bearing account until the date of distribution. Additional interest, if applicable, will be distributed pro-rata pursuant to the applicable section(s) of the Bankruptcy Code.

NOTICE IS FURTHER GIVEN that the following requests for compensation and reimbursement of expenses, have been submitted:

| Applicant | Compensation | Reimbursement |
|---|---|---|
| Dwight R. J. Lindquist, Trustee | $ 7,001.83 | $   120.88 |
| Patrick B. Hennessy, Attorney | 62,250.00 | 10,531.43 |

NOTICE IS FURTHER GIVEN that unless a party in interest serves on the trustee and United States Trustee and files with the Clerk an objection to and request for hearing on said Final Report, any claim or any application for compensation or reimbursement within 20 calendar days after the date stated below as the date this notice was mailed, the Court will enter such orders as may be appropriate and the trustee will make final distribution. If an objection and request for hearing is served and filed, the trustee will arrange for a hearing on the objection, with notice of hearing to the objecting party and the United States Trustee. A copy of the Trustee's Final Report and Proposed Distribution may be viewed at the Bankruptcy Court's web site: www.mnb.uscourts.gov.

Dated: _____     Lori Vosejpka _____
                                    Clerk of Bankruptcy Court

Date Mailed:    11/30/06

| | | |
|---|---|---|
| Clerk of US Bankruptcy Court | United States Trustee | Trustee |
| U.S. Courthouse | U.S. Courthouse | DWIGHT R. J. LINDQUIST |
| Suite 301 | Suite 1015 | 1510 Rand Tower |
| 300 South 4th Street | 300 South 4th Street | 527 Marquette Avenue |
| Minneapolis, MN 55415 | Minneapolis, MN  55415 | Minneapolis,, MN  55402 |
| | | (612) 332-8871 |