To Whom It May Concern,                    12/17/06

I am requesting a hearing and disputing the dispersal of funds on the Trustee's Final Report for Bankruptcy Case #04-41269 RJK Michael & Karen Lindell.

A deal was made 18 months ago and the Trustees Lawyer's fees Are 40,000⁰⁰ higher than when we made this agreement. I would like a Judge to review this and a hearing date set.

952-454-6199
I Am a creditor in this case also.

Mike Lindell
1023 Sunny Ridge Dr.
Carver, MN
55315

Thank you

Mike Lindell

Mike Lindell

RECEIVED
DEC 19 PM 2:50
BANKRUPTCY COURT
[MINNEAPOLIS], MN