MN-304
(Rev. 1/03)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

IN RE: ) CHAPTER 7
LINDELL, MICHAEL J. ) CASE NO. 04-41269 RJK
LINDELL, KAREN A. )
        Debtor(s). ) **TRUSTEE'S FINAL ACCOUNT,**
) **CERTIFICATION, AND APPLICATION**
) **FOR DISCHARGE**

The undersigned trustee certifies to the Court and the United States Trustee that this estate has been fully administered. A Trustee's Final Report and Proposed Distribution (TFR) has been filed and disbursements have been completed. All original bank statements and canceled checks evidencing the distribution have been submitted to the United States Trustee.

The trustee's distribution of gross receipts of $91,213.63 is summarized below:

| $ | Amount | | Description |
|---|---:|---|---|
| $ | 7,001.83 | a. | Trustee Compensation |
| $ | 62,250.00 | b. | Fee for Attorney for Trustee |
| $ | 0.00 | c. | Fee for Attorney for Debtor |
| $ | 0.00 | d. | Other Professionals |
| $ | 11,011.45 | e. | All Expenses, including Trustee and Court costs |
| $ | 2,593.51 | f. | Secured Creditors |
| $ | 6,059.78 | g. | Priority Creditors |
| $ | 2,297.06 | h. | Unsecured Creditors |
| $ | 0.00 | i. | Other Payments, except to Debtor (including interests other than secured claims and exemptions to debtors -- i.e. payment of a co-owner's interest in property liquidated by trustee) |
| $ | 91,213.63 | j. | SUBTOTAL (sum of lines a through i) |
| $ | 0.00 | k. | Payments to Debtor (including payments of exemptions) |
| $ | 91,213.63 | l. | TOTAL DISBURSEMENTS (sum of lines j and k) |

Therefore, pursuant to FRBP 5009, the trustee requests that this Final Account, Certification, and Application for Discharge be accepted, and that the Court closed the case and discharge the trustee of any further duties.

DATED: May 7, 2007          /e/ Dwight R. J. Lindquist
                                           DWIGHT R. J. LINDQUIST, Trustee
                                           1510 Rand Tower
                                           527 Marquette Avenue
                                           Minneapolis, MN 55402
                                           Telephone Number: (612) 332-8871
                                           Bar Number: 63538

MN-304
(Rev. 1/03)

<u>REVIEW BY UNITED STATES TRUSTEE</u>

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999, and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

DATED: 5/29/07

HABBO G. FOKKENA
United States Trustee, Region 12

By: *Cynthia J. Sullivan*

Printed: 05/07/07 04:02 PM           **Claims Distribution Register**            Page: 1

### Case:  04-41269   LINDELL, MICHAEL J.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 13A | 10/09/06 | 100 | STATE OF MINNESOTA - DEPT.OF REVENUE<br>COLLECTION DIVISION - BANKRUPTCY SECTION<br>P.O. BOX 64447<br>ST. PAUL,, MN 55164-0447<br><4700-00  Real Property Tax Liens (pre-petition)> | 2,593.51 | 2,593.51 | 2,593.51 | 0.00 | 0.00 |
| | | | **Priority 100:   100% Paid** | | | | | |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 09/28/06 | 200 | DWIGHT R. J. LINDQUIST<br>1510 RAND TOWER<br>527 MARQUETTE AVENUE<br>MINNEAPOLIS, MN 55402<br><2100-00  Trustee Compensation><br>$7,801.83 - reduced by $1,000.00 = $7,001.83. | 7,001.83 | 7,001.83 | 7,001.83 | 0.00 | 0.00 |
| | 10/16/06 | 200 | DWIGHT R. J. LINDQUIST<br>1510 RAND TOWER<br>527 MARQUETTE AVENUE<br>MINNEAPOLIS, MN 55402<br><2200-00  Trustee Expenses> | 120.88 | 120.88 | 120.88 | 0.00 | 0.00 |
| | 09/28/06 | 200 | PATRICK B. HENNESSY, ATTORNEY AT LAW<br>225 SOUTH 6TH ST.  -SUITE 4000<br>MINNEAPOLIS,, MN 55402-4331<br><3210-00  Attorney for Trustee Fees (Other Firm)><br>$65,500.00 - reduced by $3,250.00 = $62,250.00 | 62,250.00 | 62,250.00 | 62,250.00 | 0.00 | 0.00 |
| | 09/28/06 | 200 | PATRICK B. HENNESSY, ATTORNEY AT LAW<br>225 SOUTH 6TH ST.  -SUITE 4000<br>MINNEAPOLIS,, MN 55402-4331<br><3220-00  Attorney for Trustee Expenses (Other Firm)> | 10,531.43 | 10,531.43 | 10,531.43 | 0.00 | 0.00 |
| | | | **Total for Priority 200:   100% Paid** | **$79,904.14** | **$79,904.14** | **$79,904.14** | **$0.00** | **$0.00** |
| | | | **Total for Admin Ch. 7 Claims:** | **$79,904.14** | **$79,904.14** | **$79,904.14** | **$0.00** | **$0.00** |
| **Priority Claims:** | | | | | | | | |
| 13B | 10/09/06 | 570 | STATE OF MINNESOTA - DEPT.OF REVENUE<br>COLLECTION DIVISION - BANKRUPTCY SECTION<br>P.O. BOX 64447<br>ST. PAUL,, MN 55164-0447<br><5800-00  Claims of Governmental Units> | 4,356.20 | 4,356.20 | 4,356.20 | 0.00 | 0.00 |

Printed: 05/07/07 04:02 PM

## Claims Distribution Register

Page: 2

### Case: 04-41269   LINDELL, MICHAEL J.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 25A | 10/02/06 | 570 | INTERNAL REVENUE SERVICE - DEPT. OF TREASURER<br>STOP 5700<br>30 EAST 7TH STREET - SUITE 1222<br>ST. PAUL,, MN 55101<br><5800-00   Claims of Governmental Units> | 1,703.58 | 1,703.58 | 1,703.58 | 0.00 | 0.00 |
| | | | **Total for Priority 570:   100% Paid** | **$6,059.78** | **$6,059.78** | **$6,059.78** | **$0.00** | **$0.00** |
| | | | **Total for Priority Claims:** | **$6,059.78** | **$6,059.78** | **$6,059.78** | **$0.00** | **$0.00** |

**Unsecured Claims:**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 1 | 06/18/04 | 610 | LAW OFFICE OF GLEN A. NORTON<br>8525 EDINBROOK CROSSING - SUITE 201<br>BROOKLYN PARK,, MN 55443<br><7100-00   General Unsecured § 726(a)(2)> | 3,238.55 | 3,238.55 | 66.79 | 3,171.76 | 0.00 |
| 3 | 05/18/05 | 610 | WAYNE DAUWALTER PLUMBING<br>15525 GREEN MEADOW CIRCLE<br>CARVER,, MN 55315-9670<br><7100-00   General Unsecured § 726(a)(2)> | 474.77 | 474.77 | 9.79 | 464.98 | 0.00 |
| 5 | 05/23/05 | 610 | QUALITY WINE & SPIRITS, INC.<br>C/O SCOTT A. LIFSON - BERNICK & LIFSON<br>5500 WAYZATA BLVD. - SUITE 1200<br>MINNEAPOLIS,, MN 55416<br><7100-00   General Unsecured § 726(a)(2)> | 7,646.71 | 7,646.71 | 157.71 | 7,489.00 | 0.00 |
| 6 | 05/24/05 | 610 | JOHN M. POSSELT, DDS<br>1580 WHITE OAK DRIVE - SUITE 275<br>CHASKA,, MN 55318-2938<br><7100-00   General Unsecured § 726(a)(2)> | 10,562.12 | 10,562.12 | 217.83 | 10,344.29 | 0.00 |
| 7 | 05/31/05 | 610 | CENTERPOINT ENERGY MINNEGASCO<br>800 LASALLE AVENUE<br>BANKRUPTCY CLERK HQ16<br>MINNEAPOLIS,, MN 55402<br><7100-00   General Unsecured § 726(a)(2)> | 1,787.55 | 1,787.55 | 36.87 | 1,750.68 | 0.00 |
| 9 | 06/06/05 | 610 | TARGET NATIONAL BANK (FKA RETAILERS NTATIONAL BANK)<br>C/O WEINSTEIN & RILEY, P.S.<br>2101 FOURTH AVENUE - SUITE 900<br>SEATTLE,, WA 98121<br><7100-00   General Unsecured § 726(a)(2)> | 355.70 | 355.70 | 7.34 | 348.36 | 0.00 |
| 10 | 06/07/05 | 610 | EFS SERVICES, INC. DBA EFS NATIONAL BANK<br>C/O JOHN A. HALPERN & ASSOCIATES LAW<br>500 PLYMOUTH BLDG. - 12 SO. SIXTH STREET<br>MINNEAPOLIS,, MN 55402-1510<br><7100-00   General Unsecured § 726(a)(2)> | 4,366.39 | 4,366.39 | 90.05 | 4,276.34 | 0.00 |

Printed: 05/07/07 04:02 PM     **Claims Distribution Register**     Page: 3

### Case: 04-41269    LINDELL, MICHAEL J.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| 12 | 07/15/05 | 610 | NORTHERN STATES POWER CO.<br>DBA EXCEL ENERGY<br>1519 CHESTNUT AVENUE NORTH<br>MINNEAPOLIS,, MN 55403<br><7100-00 General Unsecured § 726(a)(2)> | 811.15 | 811.15 | 16.73 | 794.42 | 0.00 |
| 14 | 10/16/06 | 610 | PVC CONSTRUCTION<br>1652 CHURCH LAKE BLVD.<br>VICTORIA,, MN 55386<br><7100-00 General Unsecured § 726(a)(2)> | 6,800.00 | 6,800.00 | 140.24 | 6,659.76 | 0.00 |
| 15 | 10/16/06 | 610 | GARY LUND<br>21202 OLD LAKE GEORGE BLD.<br>#311<br>OAK GROVE,, MN 55011<br><7100-00 General Unsecured § 726(a)(2)> | 26,000.00 | 26,000.00 | 536.22 | 25,463.78 | 0.00 |
| 16 | 09/13/05 | 610 | WAYNE ALLEN SALDEN<br>15775 COUNTY ROAD 43<br>CARVER,, MN 55315-9650<br><7100-00 General Unsecured § 726(a)(2)> | 25,470.50 | 25,470.50 | 525.30 | 24,945.20 | 0.00 |
| 20 | 10/05/05 | 610 | JIM LINDELL<br>27125 BEVERLY DRIVE<br>EXCELSIOR,, MN 55331<br><7100-00 General Unsecured § 726(a)(2)> | 20,000.00 | 20,000.00 | 412.48 | 19,587.52 | 0.00 |
| 21 | 10/14/05 | 610 | PAUL STORMS ACCOUNTING<br>P.O. BOX 446<br>VICTORIA,, MN 55386<br><7100-00 General Unsecured § 726(a)(2)> | 2,335.00 | 2,335.00 | 48.16 | 2,286.84 | 0.00 |
| 24 | 11/15/05 | 610 | NCMIC FINANCE CORPORATION<br>14001 UNIVERSITY AVENUE<br>CLIVE,, IA 50325-4536<br><7100-00 General Unsecured § 726(a)(2)> | 1,529.64 | 1,529.64 | 31.55 | 1,498.09 | 0.00 |
| | | | **Total for Priority 610: 2.06240% Paid** | **$111,378.08** | **$111,378.08** | **$2,297.06** | **$109,081.02** | **$0.00** |
| | | | **Total for Unsecured Claims:** | **$111,378.08** | **$111,378.08** | **$2,297.06** | **$109,081.02** | **$0.00** |
| | | | **Total for Case :** | **$199,935.51** | **$199,935.51** | **$90,854.49** | **$109,081.02** | **$0.00** |